**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

------------------------------------------------------X
CAFFERTY CLOBES MERIWETHER    :
SPRENGEL, LLP, on behalf of itself and   :
all others similarly situated,    :
   :
   Plaintiff,    :        No.
v.    :
   :       **JURY TRIAL DEMANDED**
XO COMMUNICATIONS SERVICES,   :
INC.    :
   :
   Defendant.    :
------------------------------------------------------X

**CLASS ACTION COMPLAINT**

Plaintiff Cafferty Clobes Meriwether & Sprengel, LLP ("Plaintiff"), by and through its attorneys, individually and on behalf of all others similarly situated, alleges as follows upon personal knowledge as to itself, and as to all other matters upon information and belief, and based upon the investigation undertaken by its counsel.

**INTRODUCTION**

1.     This is a class action lawsuit brought against Defendant XO Communications Services Inc. ("Defendant" or "XO") by Plaintiff on behalf of itself and all other similarly situated customers who contracted with Defendant to provide telephone and related telecommunication services and were charged unlawful and unconscionable "termination charges."

2.     XO (formerly known as Nextlink Communications, Concentric Network Corporation and Allegiance Telecom, Inc.) is a telecommunications company that provides managed services and converged Internet Protocol (IP) network services combining voice, Internet access, and private data networking. XO delivers services through a mix of fiber-based Ethernet and Ethernet over Copper (EoC). In addition, the company has external

1

network-to-network interface (E-NNI) agreements with traditional carriers and cable companies. According to its website, XO "owns and operates one of the largest Ethernet and IP networks in the U.S."[1]

3.      As set forth below, Defendant has charged Plaintiff and similarly situated customers unlawful early termination fees in violation of the Illinois Automatic Contract Renewal Act ("ACRA") and the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA").

4.      Defendant's early termination fees bear no reasonable relation to the actual costs incurred by Defendant, if any, when a client cancels service. Rather, the early termination fee is a penalty designed to lock clients into Defendant's services and deter unsatisfied clients from canceling their services or switching providers.

5.      Plaintiff seeks relief for breach of contract and for consumer fraud pursuant to the ICFA and the ACRA.

## THE PARTIES

**The Plaintiff**

6.      Plaintiff Cafferty Clobes Meriwether & Sprengel, a law firm, is a limited liability partnership. For purposes of diversity jurisdiction, Plaintiff is a citizen of Illinois, Michigan, and Pennsylvania. Plaintiff contracted with Defendant in June 2005 to provide telephone services for its former iteration, Miller Faucher and Cafferty LLP.

**The Defendant**

7.      Defendant XO Communications Services, Inc. is a corporation organized and existing under the laws of Delaware with its principal place of business in Fairfax County, Virginia.

---

[1] http://www.xo.com/about/company/ (last visited February 10, 2016).

584101.1

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction of this action pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§1332(d)(2) and (6) because: (i) there are 100 or more class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000.00 exclusive of interest and costs, and (iii) there is minimal diversity because Plaintiff and Defendant are citizens of different states.

9.      Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 because Defendant transacts substantial business in this district.  Defendant has advertised in this district and has received substantial revenue and profits from its services in this district; therefore, a substantial part of the events and/or omissions giving rise to the claims occurred, in part, within this district.  In addition, Defendant provided telecommunications services to Plaintiff in this district.

10.     This Court has personal jurisdiction over the Defendant.  As set forth below, the facts relevant to Plaintiff occurred in substantial part in this district.  As such, Defendant has conducted substantial business in this judicial district.

## FACTUAL BACKGROUND

11.     On or about June 1, 2005, Plaintiff, at that time known as Miller Faucher and Cafferty, LLP ("MFC"), entered into a contract (the "Contract") with XO for the provision of local and long distance telephone service.  A copy of the Contract is attached hereto as **Exhibit 1**.

12.     The Contract was signed, on behalf of MFC, by Anne Jewell, then its office

manager.  Ms. Jewell left the firm in 2006.

13.     Under the Contract, the Start of Service Date was July 7, 2005 for a three-

year term.  The Contract also includes the following provision:

> **B. TERM.**  The initial Service term shall be as set forth on
> the SOA ("Initial Term") and shall begin on the Start of
> Service Date (as defined below).  If no Initial Term is set
> forth, the term of this Agreement is one year.  Upon
> expiration of the Initial Term, unless terminated in
> accordance with this provision, this Agreement will
> automatically renew for a similar term at the same rates
> (unless otherwise stated in any notice provided by XO)
> pursuant to the Terms and Conditions, including applicable
> tariff(s) (collectively, the Initial Term and any applicable
> renewal term shall be referred to herein as the "Term").
> Unless XO has already provided notice of intent to terminate
> this Agreement, XO will inform Customer, in writing, prior
> to the expiration of the Initial Term or applicable renewal
> term that if no action is taken by the Customer prior to the
> expiration of the Term, the Agreement will automatically
> renew as set forth above.  If Customer wishes to terminate a
> Service or Circuit(s) for any reason, or not renew such Service
> or Circuit(s), Customer shall provide XO with written notice
> ("Termination Notice") addressed to XO at such location as
> XO shall specify from time to time.  Such Termination
> Notice must specify all necessary identifying details about the
> Service or Circuit being terminated (e.g., Circuit Identification
> number, the A and Z locations of such Circuit) and the
> requested effective date of such termination (which date must
> not be less than thirty (30) days from the date notice is
> received by XO).  Termination of Services/Circuit(s) by any
> form of communications or means other than as provided
> above shall not be effective and Customer shall remain
> obligated to XO for all Services/Circuit(s) rendered.  For the
> avoidance of doubt, if Customer elects to take Service for a
> minimum term or minimum commitment and cancels Service
> before the end of Term, Customer shall be subject to early
> termination charges, as further detailed in the applicable
> Terms and Conditions.

Ex. 1, Sec. B.

14.     Accordingly, the Contract renewed pursuant to its terms on July 7, 2008; July

7, 2011; and July 7, 2014.  At no point did XO provide any notice, written or otherwise, to Plaintiff that the Contract had actually renewed on these dates.

15.     Nor did XO provide adequate notice, in accordance with the Contract terms, that the Contract *would* renew prior to these dates.  During the entirety of the Contract term, Plaintiff received monthly invoices from XO, in the form attached hereto as **Exhibit 2** (XO Bill dated May 27, 2014).  Each of these monthly invoices contained the following, or substantially similar, language:

> Your contract with XO will automatically renew at the end of your current service term for an identical term at the rates and charges set forth therein. (This does not apply to customers whose services are provided pursuant to a contract or applicable tariff that specifies otherwise). If you prefer not to have your contract automatically renew, you must place a request to disconnect your XO services by contacting either your XO Client Services Manager or XO Customer Care at the toll-free number shown on this invoice at least **45 days** prior to the expiration date of your agreement.

Ex. 2 at pg. 2 (emphasis in original).  This boilerplate language, included in each and every monthly invoice, was identical whether the invoice was received near the beginning or at the end of the customer's service term.  Nowhere do the invoices identify the date upon which the customer's current service term will expire, leaving the burden on the customer to identify this date and determine whether cancellation is required, if the customer elects to do so.

16.     Moreover, while the express language of the May 27, 2014 invoice stated that any cancellation request must be received "45 days prior to the expiration date," the renewal date occurred on July 7, 2014, *43* days later.  Even assuming that Plaintiff received the invoice on the same day it was dated, it would have been impossible for Plaintiff to comply with the cancellation terms XO imposed.

17.     During the summer of 2015, Plaintiff moved offices in downtown Chicago.

Because XO was unable to provide telephone services at Plaintiff's new address, Plaintiff

terminated the Contract and made a "termination charge" payment of $1,000.

18.     Shortly thereafter, and notwithstanding Plaintiff's payment of the termination

charge, XO demanded that Plaintiff pay an additional $9,000 in liquidated damages due to its

"early termination" of the Contract.

19.     To date, Plaintiff has refused to pay this unlawful and excessive penalty.  As a

result, Plaintiff continues to be harassed by debt collectors hired by XO.

## CLASS ACTION ALLEGATIONS

20.     Plaintiff brings Count I below as a nationwide class action on behalf of itself

and all others similarly situated (the "Nationwide Class") pursuant to FED. R. CIV. P. 23(a),

23(b)(2) and 23(b)(3).  Subject to additional information obtained through further

investigation and/or discovery, the definition of the Nationwide Class may be expanded or

narrowed by amendment or amended complaint.  Plaintiff seeks to represent the following

Nationwide Class:

> All current and former XO customers who entered into contracts with XO
> containing an automatic renewal clause and were charged early termination
> fees.

Excluded from the Nationwide Class are Defendant; officers, directors, and employees of

Defendant; any entity in which Defendant has a controlling interest; and the affiliates, legal

representatives, attorneys, heirs, and assigns of the Defendant. Also excluded is any Judge

who is assigned to this case and his or her staff and immediate family.

21.     Plaintiff brings Counts II and III below as a class action on behalf of itself

and all other similarly situated Illinois residents (the "Illinois Class") pursuant to Fed. R. Civ.

P. 23(a), 23(b)(2) and 23(b)(3).  Subject to additional information obtained through further

584101.1

investigation and/or discovery, the definition of the Illinois Class may be expanded or narrowed by amendment or amended complaint. Plaintiff seeks to represent the following Illinois Class:

> All current and former XO customers who, while residents of Illinois, entered into contracts with XO containing an automatic renewal clause and were charged early termination fees.

Excluded from the Illinois Class are Defendant; officers, directors, and employees of Defendant; any entity in which Defendant has a controlling interest; and the affiliates, legal representatives, attorneys, heirs, and assigns of the Defendant. Also excluded is any Judge who is assigned to this case and his or her staff and immediate family.

22.     The Nationwide Class and Illinois Class will be referenced collectively as the "Class" unless otherwise noted.

23.     This action has been brought and may be properly maintained as a class action for the following reasons:

24.     **Numerosity**:  Members of the Class are so numerous that their individual joinder is impracticable.  Upon information and belief, there are thousands of class members in the United States.  The precise size (and identity and contact information) of the Class can be readily determined from documents and records maintained by Defendant.

25.     **Existence and Predominance of Commons Questions of Fact and Law**: Common questions of law and fact exist as to all members of the Class.  These questions predominate over the questions affecting individual Class members.  These common legal and factual questions include, but are not limited to, the following:

>          i.     Whether Defendant's actions constituted a breach of contract
>
> due to the failure to exercise good faith and fair dealing in notifying customers of

7

automatic contract renewals and charging excessive and unlawful termination fees;

      ii.     Whether Defendant's failure to notify its customers that their contracts will automatically renew constitutes an unfair business practice;

      iii.     Whether Defendant's conduct constitutes a violation of the ICFA;

      iv.     Whether Defendant's conduct constitutes a violation of the ACRA;

      v.     Whether Defendant was unjustly enriched when it received and retained funds, by way of unlawful and excessive termination fees, rightfully belonging to Plaintiff and those similarly situated;

      vi.     The appropriate nature of class-wide equitable relief;

      viii.     The appropriate measurement of restitution and/or measure of damages to award to Plaintiff and members of the Class; and

      ix.     Whether XO should be enjoined from continuing to engage in the unlawful practices alleged herein.

These and other questions of law or fact which are common to the members of the Class predominate over any questions affecting only individual members of the Class.

26.    **Typicality**:  Plaintiff's claims are typical of the claims of the Class. Plaintiff and all members of the Class sustained damages in the form of excessive and unlawful termination fees arising out of Defendant's wrongful conduct.  Plaintiff is advancing the same claims and legal theories on behalf of itself and all absent Class members.

27.    **Adequacy**:  Plaintiff is an adequate representative of the Class because its interests do not conflict with the interests of the Class that it seeks to represent, it has

8

584101.1

retained counsel competent and highly experienced in complex class action litigation, and it intends to prosecute this action vigorously. The interests of the Class will be fairly and adequately protected by Plaintiff and its counsel.

28. **Superiority**: A class action is superior to other available means of fair and efficient adjudication of the claims of Plaintiff and members of the Class. The injury suffered by each individual Class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Defendant's conduct. It would be virtually impossible for members of the Class individually to redress effectively the wrongs done to them. Even if the members of the Class could afford such individual litigation, the court system could not. Individualized litigation presents a potential for inconsistent or contradictory judgments. Further, individualized litigation increases the delay and expense to all parties, and to the court system, presented by the complex legal and factual issues of the case. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

29. Defendant has acted, and has refused to act, on grounds generally applicable to the Class, thereby making appropriate final injunctive relief with respect to the Class as a whole; and

30. In the absence of a class action, Defendant would be unjustly enriched because it would be able to retain the benefits and fruits of its wrongful conduct.

584101.1

## VIOLATIONS ALLEGED

### COUNT I
### BREACH OF CONTRACT/ BREACH OF THE DUTY OF GOOD
### FAITH AND FAIR DEALING
### (On Behalf of the Nationwide Class)

31.     Plaintiff and the Class incorporate by reference paragraphs 1-30 as though fully set forth at length herein.

32.     Plaintiff brings this Count on behalf of itself and the Nationwide Class defined above.

33.     Plaintiff and the Class members, on one hand, and Defendant, on the other, valid contracts, the essential terms of which are set forth herein and reflected in Exhibit 1.

34.     Plaintiff and the Class members have performed all conditions and promises required by them to be performed in accordance with the terms and conditions of those contracts.

35.     In those contracts, XO covenanted that it would notify its customers, including Plaintiff and the Class members, "in writing, prior to the expiration of the Initial Term or applicable renewal term that if no action is taken by the Customer prior to the expiration of the Term, the Agreement will automatically renew."

36.     XO breached its contractual duties by failing to provide such notice.  The boilerplate and generic language contained in every monthly invoice sent to customers over the entirety of the applicable contract term did not disclose either the term or the date of automatic renewal.  The language therefore failed to provide actual notice of the automatic renewal, as required by the express terms of the contracts.

37.     The contract language quoted in Paragraph 35, above, was not clear and conspicuous.

10

38.     XO also breached its contractual duties by imposing terms upon Plaintiff and the Class members different from and additional to the express terms of the contracts.  In the contracts, XO required customers to provide "written notice" of intent to terminate to be received by XO "not [ ] less than thirty (30) days" prior to the requested effective date.  However, in the monthly invoices sent to customers, XO required customers wishing to terminate services to "place a request to disconnect your services by contacting either your XO Client Services Manager or XO Customer Care *at the toll free number shown on this invoice at least **45 days prior** to the expiration date of your agreement."  See* Exhibit 1 (italic emphasis added).

39.     XO further breached its contractual duties by charging unlawful, excessive, and oppressive termination fees that had no relation to its business costs or a reasonable estimation of actual damages but were instead designed to act as a penalty.  These breaches are also material.

40.     Under applicable law, a covenant of good faith and fair dealing is implied in every contract.

41.     As a direct and proximate result of Defendant's breaches of contract, Plaintiff and the Class have sustained, and will continue to sustain, substantial harm, in an amount to be determined at trial.

## COUNT II
## VIOLATION OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT
### (On Behalf of the Illinois Class)

42.     Plaintiff and the Class incorporate by reference paragraphs 1-30 as though fully set forth at length herein.

584101.1

43.     Plaintiff brings this Count on behalf of itself and the Illinois Class defined above.

44.     This Count is brought against Defendant pursuant to the Illinois Consumer Fraud 815, ILCS 505/1, *et seq*.

45.     For purposes of this claim, Plaintiff is both a "person" and a "consumer" as defined under the ICFA.

46.     At all times relevant herein, the ICFA was in effect. The ICFA prohibits "unfair and deceptive practices."

47.     The complained-of conduct in this case implicates consumer protection concerns, and involves trade practices addressed to the market generally.

48.     In violation of the ICFA, XO employed unfair business practices through the conduct alleged herein. XO failed to disclose the renewal terms clearly and conspicuously in either the contracts or its monthly invoices, failed to notify its customers in writing of the automatic renewal, and charged unlawful and excessive termination fees designed to act as a penalty.

49.     Indeed, the Illinois legislature instituted the ACRA, under which Plaintiff and the Class members also assert a claim for relief, to prevent the precise form of unfair conduct in which XO engaged, as described herein.

50.     XO had actual knowledge of the unfair character of its communications and omissions.

51.     These unfair practices occurred in the course of conduct involving trade or commerce, and proximately caused injury to Plaintiff and the Class, as pled herein.

12

52.     Defendant's violation of the ICFA entitles Plaintiff and members of the Class under the statute to statutory and actual damages, punitive damages, injunctive relief, and attorneys' fees and costs.

53.     Plaintiff and the class have suffered and will continue to suffer actual damage as a result of the actions and omissions complained of herein.

## COUNT III
## VIOLATION OF THE ILLINOIS AUTOMATIC CONTRACT RENEWAL ACT
### (On Behalf of the Illinois Class)

54.     Plaintiff and the Class incorporate by reference paragraphs 1-30 as though fully set forth at length herein.

55.     Plaintiff brings this Count on behalf of itself and the Illinois Class defined above.

56.     The ACRA, 815 ILCS 601/1 *et seq.*, requires that ["a]ny person, firm, partnership, association, or corporation that sells or offers to sell any products or services to a consumer pursuant to a contract, where such contract automatically renews unless the consumer cancels the contract, shall disclose the automatic renewal clause clearly and conspicuously in the contract, including the cancellation procedure." 815 ILCS 601/10(a).

57.     The ACRA further states that "[a]ny person, firm, partnership, association, or corporation that sells or offers to sell any products or services to a consumer pursuant to a contract, where such contract term is a specified term of 12 months or more, and where such contract automatically renews for a specified term of more than one month unless the consumer cancels the contract, shall notify the consumer in writing of the automatic renewal. Written notice shall be provided to the consumer no less than 30 days and no more than 60 days before the cancellation deadline pursuant to the automatic renewal clause. Such written notice shall disclose clearly and conspicuously: (i) that unless the consumer cancels the

13

contract it will automatically renew; and (ii) where the consumer can obtain details of the automatic renewal provision and cancellation procedure (for example by contacting the business at a specified telephone number or address or by referring to the contract). 815 ILCS 601/10(b).

58.     Defendant is a person, firm, partnership, association, or corporation that sells or offers to sell products or services to consumers, such as Plaintiff and the Illinois Class, pursuant to a contract.

59.     The contract automatically renews unless customers, such as Plaintiff and members of the Illinois Class, cancel the contract.

60.     Defendant violated the ACRA by not disclosing the automatic renewal clause and cancellation procedure clearly and conspicuously in contracts entered into with Plaintiff and the Class members.

61.     Defendant further violated the ACRA by failing to provide written notice to Plaintiff and the Class members "no less than 30 days and no more than 60 days before the cancellation deadline." The only written notice Plaintiff and the Class members received during this window was the same invoice they received every month, with the same boilerplate language that filed to identify the applicable contract term or the renewal date. In the case of Plaintiff, the only written notice received in this window was the May 27, 2014 invoice that required 45 days' notice in order to terminate, despite the fact that the invoice was dated 43 days prior to the automatic renewal date.

62.     Upon information and belief, Defendant has not established and implemented written procedures to comply with the Illinois Automatic Contract Renewal Act and enforce compliance with its procedures.

63.     Upon information and belief, Defendant's failure to comply with the Illinois Automatic Contract Renewal Act was not the result of error.

64.     Upon information and belief, Defendant did not provide a full refund or credit for all amounts billed to or paid by consumers, such as Plaintiff and the Illinois Class, from the date of the renewal until the date of the termination of the account, or the date of the subsequent notice of renewal.

65.     For purposes of this claim, Plaintiff was a consumer of Defendant's telephone services.

**COUNT IV**
**UNJUST ENRICHMENT**
**(On Behalf of the Nationwide Class)**

66.     Plaintiff and the Class incorporate by reference paragraphs 1-30 as though fully set forth at length herein.  This Count is being pled in the alternative to Count I.

67.     Plaintiff and members of the Class conferred a benefit on Defendant by, *inter alia*, purchasing its services.

68.     Defendant has retained the monies that it acquired from charging Plaintiff and members of the Class unlawful and excessive termination fees.  Defendant knows of and appreciated this benefit.

69.     Defendant was and continues to be unjustly enriched at the expense of Plaintiff and Class members.  As such, it would be unjust to permit retention of these monies by the Defendant under the circumstances of this case without the payment of restitution to Plaintiff and Class members.

70.     Defendant should be required to disgorge this unjust enrichment.

15

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests, on behalf of itself and members of the Class, that this Court:

A.　　determine that the claims alleged herein may be maintained as a class action under Rule 23(a), (b)(2), and/or (b)(3) of the Federal Rules of Civil Procedure, and issue an order certifying the Class as defined above;

B.　　award all actual, general, special, punitive, incidental, statutory, and consequential damages to which Plaintiff and Class members are entitled;

C.　　award pre-judgment and post-judgment interest on such monetary relief;

D.　　grant appropriate injunctive and/or declaratory relief, including, without limitation, an order that requires Defendant to stop: its automatic price increases, charging excessive and/or unnecessary fees to Plaintiff and Class members and to provide them with the option to terminate their contract prematurely without penalty;

E.　　award reasonable attorney's fees and costs; and

F.　　grant such further and other relief that this Court deems appropriate.


Dated: February 17, 2016　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　By:　　*/s/ Katrina Carroll*
　　　　　　　　　　　　　　　　　Katrina Carroll
　　　　　　　　　　　　　　　　　***kcarroll@litedepalma.com***
　　　　　　　　　　　　　　　　　Kyle A. Shamberg
　　　　　　　　　　　　　　　　　***kshamberg@litedepalma.com***
　　　　　　　　　　　　　　　　　**Lite DePalma Greenberg, LLC**
　　　　　　　　　　　　　　　　　Chicago Office
　　　　　　　　　　　　　　　　　211 West Wacker Drive - Suite 500
　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　312.750.1265
　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff and the Putative Class***

# EXHIBIT 1



X 4   C O M M U N I C A T I O N S

# FAX COVER SHEET

TO:             Mark Anderson

DATE:           6-2-05

FAX #           371-2309

FROM:           Cindy Kolek

Pages:                  Pages
Comments:
New order for Miller Faucher and Cafferty LLP.

Thank you,

Cindy Kolek
X4 Communications, LLC
ckolek@x4communications.com
www.x4communications.com
630-960-1144 direct line
630-960-1155 fax



**XO Service Order Agreement**

| Date | June 1, 2005 | | XO Contract # | |
|---|---|---|---|---|
| XO Sales Rep | X4 Communications/Cindy Kolek | | Sales Rep Phone Number 630-960-1144 | |
| XO Market / City Location: | | | | |

**SERVICE SUMMARY**

| Order Type: | New | Requested Service Date: | 7/7/05 (CIRCUIT INSTALL) |
|---|---|---|---|

**CUSTOMER INFORMATION / SERVICE SITE**

Tax ID#: _____

| Customer Business Name: | Miller Faucher and Cafferty LLP | Main Phone 312-782-4880 |
|---|---|---|
| Parent Company Name: | | Primary Contact Anne Jewell |
| Address | 30 N. LaSalle St. | Main Fax 312-782-4485 |
| | City: Chicago | |
| Address EMAIL: A.JEWELL@millerfaucher.com | State: IL    Zip: 60602 | |

**Credit Information**
Tax Exempt: _____
Comments: _____

Years in business at this location: ____
Previous Address: _____
Type of Ownership: _____
Affiliate/Subsidiaries (1): _____
Bank Reference Name: _____
Address (1): _____
Bank Reference Contact: _____
Authorized Signers (1): _____
Phone #: _____
(2): _____
Account #: _____

**Business Trade References (please provide two references)**
Fax #: _____
Business Name: _____
Contact Name: _____
Phone #: _____
Fax #: _____
Business Name: _____
Contact Name: _____
Phone #: _____
Fax #: _____

| OFFER CODE | PRODUCT TYPE | Qty. | Term | MRC/Unit | NRC/Unit | Annual Fee |
|---|---|---|---|---|---|---|
| | ISDN PRI | 1 | 3 yr. | $ 270.00 | Waived | $ - |
| | Block of 20 DID's | 2 | 3 yr. | $ 0.22 | Waived | $ - |
| | BUSINESS LINE A | 1 | 3 yr. | $ 3.10 | $ WAIVED | $ - |
| | | | | $ - | $ - | $ - |
| | | | | $ - | $ - | $ - |
| | | | | $ - | $ - | $ - |
| | | | Totals: | $ 270.22 | $ - | $ - |

THE FOLLOWING DOCUMENT(S), ATTACHED HERETO, ARE HEREBY INCLUDED IN THIS SERVICE ORDER AGREEMENT AND CUSTOMER HEREBY ACKNOWLEDGES SUCH INCORPORATION AND RECEIPT OF SAID DOCUMENT(S) BY PLACING CUSTOMER'S INITIALS IN THE SPACE PROVIDED BELOW.

- ☐ Conference Bridge Rental [Customer Initials _____ ]
- ☐ Customer Managed Hosting [Customer Initials _____ ]
- ☐ LD Annual Commitment Addendum [Customer Initials _____ ]
- ☐ IP Justification Form [Customer Initials _____ ]
- ☐ BGP Service Questionnaire [Customer Initials _____ ]
- ☐ Directory Listing Form [Customer Initials _____ ]
- ☐ Enterprise Dial Addendum [Customer Initials _____ ]
- ☐ Wholesale Dial Addendum [Customer Initials _____ ]
- ☐ Corporate Dial Addendum [Customer Initials _____ ]
- ☐ Carrier LD Termination Addendum [Customer Initials _____ ]

- ☐ Checkpoint Firewall Only - NeedsMS Approval # _____ [Customer initials _____ ]
- ☐ Cisco VPN + IOS Firewall - NeedsMS Approval # _____ [Customer initials _____ ]
- ☐ Cisco IOS Firewall Only - NeedsMS Approval # _____ [Customer initials _____ ]
- ☐ Cisco VPN + Checkpoint Firewall - NeedsMS Approval # _____ [Customer initials _____ ]
- ☐ Data Center Managed Firewall - NeedsMS Approval # _____ [Customer initials _____ ]
- ☐ Data Center Managed Firewall Cisco - NeedsMS Approval # _____ [Customer initials _____ ]
- ☐ Data Center Cisco VPN w/ Checkpoint Managed Firewall - NeedsMS Approval # _____ [Custom
- ☐ Data Center Cisco VPN w/ IOS Firewall - NeedsMS Approval # _____ [Customer initials _____ ]
- ☐ VPN Only Site Survey - NeedsMS Approval # _____ [Customer initials _____ ]

By executing this Service Order Agreement, Customer is ordering the Services set forth herein and on related documentation. Customer agrees to pay for all Services ordered or otherwise used, including taxes, surcharges and fees charged by XO, including but not limited to applicable federal, state, local use, excise, sales, or privilege taxes, duties or similar liabilities, as further set forth in the XO Services Terms and Conditions (the "Terms and Conditions") attached hereto and made a part hereof. Customer agrees the Terms and Conditions and all items incorporated therein, including applicable tariffs, and all terms set forth at terms.xo.com are incorporated by reference and part of this Service Order Agreement. Customer agrees to adhere to all of the Terms and Conditions, including those stated in this paragraph, and the terms of any applicable promotional offerings. Customer also authorizes XO to obtain any credit information and/or any customer proprietary network information necessary to provision Services and to establish Customer's account, and hereby authorizes the release of such information by any and all third parties to XO. The undersigned represents that he/she is authorized to enter into this Service Order Agreement on behalf of Customer. Customer understands that number assignments are not guaranteed and cannot be relied on before Service is activated. Customer has provided XO with a valid Letter of Agency for all applicable services ordered.

BY PLACING CUSTOMER'S INITIALS IN THE SPACE PROVIDED, CUSTOMER HEREBY ACKNOWLEDGES ITS REVIEW AND RECEIPT OF THE ATTACHED XO SERVICES TERMS AND CONDITIONS AND HEREBY ACKNOWLEDGES ITS AGREEMENT TO BE BOUND BY SAID TERMS, INCLUDING ALL ITEMS INCORPORATED THEREIN BY REFERENCE, INCLUDING, BUT NOT LIMITED TO, ALL APPLICABLE TARIFFS AND ALL TERMS SET FORTH AT TERM.XO.COM. [Customer initials _____ ] X

Customer Company Name: Miller Faucher and Cafferty LLP    Authorized Cust. Representative Signature X _____

Authorized Cust. Representative's Title: Administrator    Date Signed: 6/1/05

Company Name: _____

XO Sales Manager Signature: _____

# XO Service Order Agreement

**Date** June 1, 2005   **XO Contract #** _____

**Sales Rep** X4 Com./Cindy Kolek   **Sales Rep Phone Number** 630-960-1144

---

**CUSTOMER INFORMATION / SERVICE SITE**   **Tax ID#:** _____

**Customer Business Name:** Miller Faucher and Cafferty LLP   **Main Phone** 312-782-4880

**Parent Company Name:**   **Main Fax** 312-782-4485

**Address:** 30 N. LaSalle St.   **City:** Chicago

**Address:**   **State:** IL   **Zip:** 60602

**Additional Information**
**ICB Approval**
**ISDN PRI 3 YR. Term $ 270.00 per month**
**Long Distance - Dial Tone Outbound (Intralata) $.02/min.**
**Long Distance - Switched Outbound (Intrastate) $ .03/min.**
**Long Distance- Switched Outbound (Intersate) $ .03/min.**

**Local rates are $ .01 and $ .02/min for Band A & B.**

Client's Requesting Fail Safe Routing on PRI Circuit
Calls should Fail over to Analog business Line, TO be determined.

X _____

# XO SERVICES TERMS AND CONDITIONS

**A.**    **SERVICE OFFERING.** You agree you are contracting for the services ("Services") referenced on the XO Service Order Agreement ("SOA") with XO Communications, Inc., on behalf of its operating subsidiaries and controlled affiliates (such subsidiaries and affiliates hereinafter collectively referred to as "XO"). This Agreement (as defined below) between you ("you" may also be referred to as "Customer") and XO sets forth the legal rights and obligations governing the XO offer, provisioning, and delivery of Services to you and your use of the Services. This Agreement consists of the SOA, including the following terms and conditions, the Product Ts and Cs (as defined in Section D below), the general Service terms and conditions (collectively, the "Additional Terms"), both set forth at (www.terms.xo.com) and any Schedules, Addendums, Appendices, and Exhibits attached hereto (collectively, and as applicable, the "Terms and Conditions"), and applicable tariffs (collectively, the "Agreement"). Some Services offered by XO under this Agreement are offered pursuant to applicable tariffs, which are filed with applicable regulatory agencies ("Tariffed Services"), as well as the Terms and Conditions. All applicable tariffs are fully incorporated herein. For Tariffed Services, in the event of a conflict between the Terms and Conditions and a tariff, the tariff shall control to the extent of any inconsistency. Upon cancellation of any tariff, the Terms and Conditions shall control. The terms and conditions set forth herein summarize in most respects the Additional Terms. In the event of any inconsistency between the terms contained herein and the Additional Terms, and only to the extent of the inconsistency, the Additional Terms shall control.

**B.**    **TERM.** The initial Service term shall be as set forth on the SOA ("Initial Term") and shall begin on the Start of Service Date (as defined below). If no Initial Term is set forth, the term of this Agreement is one year. Upon expiration of the Initial Term, unless terminated in accordance with this provision, this Agreement will automatically renew for a similar term and at the same rates (unless otherwise stated in any notice provided by XO) pursuant to the Terms and Conditions, including the applicable tariff(s) (collectively, the Initial Term and any applicable renewal term shall be referred to herein as the "Term"). Unless XO has already provided notice of its intent to terminate this Agreement, XO will inform Customer, in writing, prior to the expiration of the Initial Term or applicable renewal term that if no action is taken by Customer prior to expiration of the Term, this Agreement will automatically renew as set forth above. If Customer wishes to terminate a Service or Circuit(s) for any reason, or not to renew such Service or Circuit(s), Customer shall provide XO with written notice ("Termination Notice") addressed to XO at such location as XO shall specify from time to time. Such Termination Notice must specify all necessary identifying details about the Service or Circuit being terminated (e.g., Circuit Identification number, the A and Z locations of such Circuit) and the requested effective date of such termination (which date must not be less than thirty (30) days from the date notice is received by XO). Termination of Service/Circuit(s) by any form of communications or means other than as provided above shall not be effective and Customer shall remain obligated to XO for all Services/Circuit(s) rendered. For the avoidance of doubt, if Customer elects to take Service for a minimum term or minimum commitment and cancels Service before the end of the Term, Customer shall be subject to early termination charges, as further detailed in the applicable Terms and Conditions.

**C.**    **RATES.** The rates for Services shall be set forth in the SOA and shall be valid for the Initial Term subject to the applicable Terms and Conditions. Rates for international Services are subject to change on five (5) days notice from XO, and new rates are automatically effective on the 6th day from the date of such notice. Customer acknowledges international long distance wireless terminations are billed at higher rates, as further set forth in the Additional Terms. Rates do not include taxes, surcharges and fees charged by XO, including but not limited to the Subscriber Line Charge and Long Distance Access Charges.

**D.**    **SUPPLEMENTAL PRODUCT TERMS AND CONDITIONS.** The supplemental product terms and conditions applicable to certain XO products are listed at (www.terms.xo.com) (the "Product Ts and Cs"). Only the Product Ts and Cs for Services ordered or used by you are applicable.

**E.**    **ACCEPTABLE USE POLICY.** Customer agrees to be bound by the XO Acceptable Use Policy ("AUP") found at (www.xo.com/tools/legal.html).

**F.**    **RIGHT TO MAKE SERVICE CHANGES.** XO retains the right to change, increase or decrease from time to time, in its discretion and without liability to Customer, the methods, processes and/or the suppliers by which XO provides Services to Customer, as well as the right to change, add to or delete Service or Service offerings with appropriate notice to Customer.

**G.**    **PAYMENT.** Customer shall pay XO for Services by check sent to the address provided for herein or on the invoice, by wire transfer sent in accordance with applicable instructions provided by XO, or by such other method as approved by XO. Invoices are due upon receipt, which is presumed within three (3) days after the invoice is mailed. Customer agrees to pay the applicable set-up, installation and disconnect fees. Installation and disconnect fees are non-refundable. Regular billing for the Services will begin on the Start of Service Date (as defined below). Monthly recurring charges are billed in advance while usage and related charges are billed in arrears. Customer agrees that any additional Services requested, whether verbally or in writing, (including but not limited to an upgrade or relocation of Customer's circuit(s)) will incur additional fees and charges, and Customer agrees to pay these fees and charges when invoiced. Invoices not paid within thirty (30) days after date of invoice, will be past due and subject to a 1.5% per month interest fee or the maximum rate permitted by law, whichever is less, on all past-due balances. Customer authorizes XO to request information from a reporting agency to enable XO to assess Customer's credit history, that such action is not the extension of "credit" to Customer, and that XO may alter any Service or billing arrangements as a result, upon notice to Customer. In addition, Customer acknowledges that XO may require Customer to submit upon demand a deposit, bond or other financial assurances to XO if so requested as a condition of initial or continued Service, or Service may be suspended or terminated.

**H.**    **COMMUNICATION FACILITIES.** In the event XO is required to construct and/or acquire communication facilities in order to provide Service to Customer, Customer acknowledges and agrees that XO will incur significant costs in provisioning Service to Customer, including costs associated with constructing and/or acquiring the communications facilities necessary for delivery of Services to Customer. In addition to any other rights and remedies XO may have, Customer agrees that if Customer cancels, terminates or breaches this Agreement after execution but prior to the Start of Service Date, Customer will be required to reimburse XO for all costs XO incurs in constructing and/or acquiring such communications facilities. Customer further agrees that if XO constructs or is constructing facilities in order to provide Services to Customer or Customer receives an individual case basis transaction (non-standard pricing, terms or products), Customer shall not be eligible for the Satisfaction Guarantee set forth at (www.xo.com/care/xoguarantee.pdf).

**I.**    **START OF SERVICE DATE.** The "Start of Service Date" for a Service shall be the later of (i) the date requested by Customer for in-service as indicated on the Service Order, (ii) the date XO notifies Customer that the Service is installed or connected, successfully tested and available for Customer use, or (iii) the date after Service testing and acceptance has been completed per the Terms and Conditions where applicable, regardless of whether or not Customer uses the Service. Notwithstanding the above, the Start of Service Date shall never be later than the date Customer begins to use the Service. Billing will begin on the Start of Service Date. The parties may mutually agree in writing upon a substitute Start of Service Date. If Customer notifies XO in writing that it is not prepared to utilize the Services or facility after XO has notified the Customer that the requested Service or facility is ready for use, XO may nonetheless begin billing the Customer on the Start of Service Date. XO may bill Customer for any costs it has incurred in provisioning the Services. Customer agrees to cooperate with XO to accomplish Service activation by providing reasonable access to Customer's premises and facilitating testing and Service delivery requirements and Customer agrees XO shall have reasonable access to Customer's premises to repair, maintain or retrieve XO equipment. **XO shall not be liable for any damages whatsoever resulting from delays in meeting Service delivery dates requested or specified by Customer, or inability to provide Services. Customer may not cancel this Agreement if there is a delay in installation related to the Services unless such delay is solely due to XO and such delay is longer than ninety (90) days beyond the parties agreed Start of Service Date; provided, however, in no event may Customer cancel if XO has agreed to construct or is constructing Communication Facilities to provide Service to Customer.**

**J.**    **DEFAULT/TERMINATION.** Except as otherwise required by law or applicable regulation, if, after the Start of Service Date, Customer: (a) fails to pay any amount required under this Agreement or any other agreement with XO when due and such failure continues for ten (10) days, or such other cure period as may be specified in the applicable Exhibit, after written notice to Customer that the same is due and payable; (b) fails to comply with any other material provision of this Agreement and such noncompliance continues for thirty (30) days after written notice to Customer thereof; or (c) Customer cancels or terminates Service, including any part of an integrated Service offering (except related to an international Service rate change pursuant to Section C, and as further set forth in the Additional Terms), at any time before

# XO SERVICES TERMS AND CONDITIONS

completion of the Initial Term or any renewal Term, then XO may elect to pursue one or more of the following courses of action, as applicable: (i) terminate in whole or in part Customer's Service, whereupon all charges for the remaining Term are immediately due and payable for the terminated Services, and, for usage-based Service only, Customer shall pay an additional early termination charge that shall be equal to 75% of Customer's average monthly usage (for long distance and local voice Services usage, as applicable) for the three (3) months prior to the termination month (or such lesser period if fewer than three (3) months of Service were utilized), times the number of months remaining in the Term of the Agreement, (provided, however, that in the event Customer has made an annual or other revenue commitment, the shortfall of that commitment over the remaining Term shall be the measure of the early termination charge); (ii) take immediate appropriate action to enforce payment, including suspension or discontinuance of all or any part of the Services; and/or (iii) pursue any other remedies as may be provided at law or in equity. In addition to any other rights and remedies XO may have, including those set forth in Section H, Customer agrees that if Customer cancels, terminates or breaches this Agreement after execution of the Agreement but prior to the Start of Service Date, except as termination is permitted in Section I, Customer shall pay XO an early termination charge of two (2) months of the anticipated monthly recurring charges or commitment level, along with all nonrecurring charges. Any action outlined herein by XO shall not be construed as an exclusive remedy and shall not waive any XO right to pursue any other remedies. It is agreed that XO damages in the event of Service cancellation or termination shall be difficult or impossible to ascertain. Early termination charges are intended to establish liquidated damages and are not intended as a penalty.

**K.    DISCLAIMER OF WARRANTIES.** XO MAKES NO REPRESENTATIONS OR WARRANTIES, WHETHER EXPRESS, IMPLIED OR STATUTORY, REGARDING THE SERVICES, SYSTEM EQUIPMENT OR XO OWNED OR PROVIDED EQUIPMENT USED BY THE CUSTOMER, INCLUDING ANY EQUIPMENT WITH RESPECT TO WHICH TITLE MAY TRANSFER TO CUSTOMER (EXCEPT TO THE EXTENT SET FORTH IN A SEPARATE XO SALE TRANSFER DOCUMENT). THIS INCLUDES, BUT IS NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS OF THE SERVICE OR EQUIPMENT FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT OF ANY THIRD PARTY RIGHTS. ADDITIONAL WARRANTY LIMITATIONS RELATED TO SPECIFIC PRODUCTS MAY BE FOUND AT (WWW.TERMS.XO.COM).

**L.    LIMITATION OF LIABILITY.** 1. WITH RESPECT TO CLAIMS OR SUITS BY CUSTOMER, OR ANY OTHERS, FOR DAMAGES RELATING TO OR ARISING OUT OF ACTS OR OMISSIONS UNDER THIS AGREEMENT AND/OR SERVICES PROVIDED HEREUNDER, XO's LIABILITY FOR SERVICE INTERRUPTIONS OR SERVICE PROBLEMS, IF ANY, SHALL BE LIMITED TO CREDIT ALLOWANCES AS EXPRESSLY PROVIDED IN APPLICABLE TARIFFS OR AS OTHERWISE SET FORTH IN THE TERMS AND CONDITIONS FOUND AT WWW.TERMS.XO.COM.

2. XO SHALL NOT BE LIABLE FOR ANY LOSSES OR DAMAGES RESULTING FROM: (A) THE DELIVERY, INSTALLATION, MAINTENANCE, OPERATION, USE OR MISUSE OF AN ACCOUNT, EQUIPMENT, OR SERVICE; (B) ANY ACT OR OMISSION OF CUSTOMER, OR ITS END-USERS OR AGENTS, OR ANY OTHER ENTITY FURNISHING EQUIPMENT, PRODUCTS OR SERVICES TO CUSTOMER; OR (C) ANY PERSONAL OR PROPERTY DAMAGES DUE TO THE LOSS OF STORED, TRANSMITTED OR RECORDED DATA RESULTING FROM THE SERVICE OR THE EQUIPMENT, EVEN IF XO HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE ONLY EXCEPTION SHALL BE TO THE EXTENT PROPERTY DAMAGE TO CUSTOMER'S PREMISES IS CAUSED DUE TO XO'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT, PROVIDED, HOWEVER, IN NO EVENT SHALL XO LIABILITY FOR DIRECT DAMAGES BE GREATER THAN THE SUM TOTAL OF PAYMENTS MADE BY CUSTOMER TO XO DURING THE THREE MONTHS IMMEDIATELY PRECEDING THE EVENT FOR WHICH DAMAGES ARE CLAIMED.

3. IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY INDIRECT, INCIDENTAL, EXEMPLARY, PUNITIVE OR OTHER CONSEQUENTIAL DAMAGES, WHETHER OR NOT

FORESEEABLE, INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR THE LOSS OF DATA, GOODWILL OR PROFITS, SAVINGS OR REVENUE, OR HARM TO BUSINESS, WHETHER UNDER CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR ANY CAUSE WHATSOEVER.

**M.    COMPLETE AGREEMENT/ADDITIONAL TERMS.** This Agreement, incorporating all the items referenced herein, represents the complete agreement of the parties, and supersedes all other agreements whether written or oral. This Agreement may be modified only by written agreement executed by authorized parties, changes to the URL sites referenced, changes to tariffs or as otherwise specifically provided herein. Neither Electronic Mail nor Instant Messaging ("IM") shall be considered a "writing" sufficient to change, modify, extend or otherwise affect the terms of the Agreement. Any modification to the Agreement not signed by XO shall render the Agreement null and void and subject to immediate termination. This Agreement shall be governed by the substantive law of the Commonwealth of Virginia without reference to its principles of conflicts of laws, and Customer consents to the jurisdiction and venue of the Federal District Court for the Eastern District of Virginia or the State courts in Fairfax County, Virginia.

THE ADDITIONAL TERMS, AUP AND TARIFFS MAY BE MODIFIED FROM TIME TO TIME AT XO DISCRETION OR AS REQUIRED BY APPLICABLE LAW. YOU AGREE TO REVIEW SUCH CHANGED ITEMS FROM TIME TO TIME AND BE BOUND BY SUCH CHANGES, AS THEY PERTAIN TO THE PARTICULAR SERVICES YOU CHOOSE NOW OR MAY CHOOSE IN THE FUTURE. UNLESS SUBJECT TO TARIFFS OR THE TERMS AND CONDITIONS POSTED AT (WWW.TERMS.XO.COM), XO MAY NOT UNILATERALLY CHANGE THE RATES, FEES OR CHARGES SET FORTH HEREIN WITHOUT CUSTOMER CONSENT. IF CUSTOMER DETERMINES CHANGES TO THE ADDITIONAL TERMS, AUP AND TARIFFS WILL MATERIALLY AND DETRIMENTALLY AFFECT CUSTOMER'S SERVICE OR RIGHTS AND ARE NOT MANDATED BY LAW OR REGULATION, CUSTOMER MAY PROVIDE XO WRITTEN NOTICE OF OBJECTION. CUSTOMER MUST INCLUDE A DETAILED DESCRIPTION OUTLINING HOW THE CHANGE ADVERSELY AFFECTS CUSTOMER'S SERVICE(S). XO WILL REVIEW SUCH NOTIFICATION AND IF THE PARTIES CANNOT COME TO AN AGREEMENT WITHIN THIRTY (30) DAYS, CUSTOMER MAY TERMINATE SUCH SERVICE(S) WITHOUT INCURRING CHARGES FOR EARLY TERMINATION PROVIDED THAT CUSTOMER'S ACCOUNT IS CURRENT (I.E., NO BALANCE OLDER THAN THIRTY (30) DAYS). IN ANY CASE, THE CHANGES SHALL NOT DIMINISH ANY APPLICABLE SERVICE LEVEL AGREEMENTS ENTERED INTO AT THE START OF SERVICE DATE. YOU HEREBY CONSENT TO THE INCORPORATION OF APPLICABLE TARIFFS AND THE ADDITIONAL TERMS, INCLUDING, WITHOUT LIMITATION, THE DISPUTE RESOLUTION PROVISIONS, POSTED AT (WWW.TERMS.XO.COM) AND THE AUP. YOU AGREE THAT ACCEPTANCE OF THIS AGREEMENT CONSTITUTES CONSENT TO THE USE OF ELECTRONIC RECORDS. YOU MAY REQUEST HARD COPIES OF PART OR ALL OF THE TERMS AT ANY TIME BY CALLING 1-888-699-6398. THE OFFERING AND PROVISIONING OF SERVICES IS SUBJECT TO ANY REQUIRED INTERNAL XO APPROVALS AND ANY REGULATORY COMMISSION REVIEW, APPROVAL AND REQUIREMENTS. IF YOU USE THE SERVICES, YOU ARE DEEMED TO HAVE ACCEPTED THE TERMS AND CONDITIONS, INCLUDING, WITHOUT LIMITATION, THE AUP, AND THE APPLICABLE TARIFFS.



*09.14.04 (Final All States)*



# LOCAL & LONG DISTANCE COMMERCIAL ORDER REQUEST
## LETTER OF AGENCY

I wish to select XO as my provider for the following Telecommunications Services:
Please check if applicable:

☒ I would like to change my Local Exchange Carrier to XO as defined in the table below.
☒ I would like to change my IntraLATA Carrier to XO as defined in the table below.
☒ I would like to change my InterLATA Carrier to XO as defined in the table below.

NOTICE REGARDING BILLING AND USAGE-RELATED INFORMATION

In the course of providing service to you, we will possess certain billing and usage-related information about the quantity, type and destination of telecommunications services you use. You have a right, and we have a duty, to protect the confidentiality of this information. This information may be useful to tailor our products and services to your needs and to enhance our ability to meet all of your telecommunications needs. By checking the authorization box on this document, we will use your billing and usage-related information to offer you other XO (or its affiliates) products or services that may satisfy your needs and to respond to your concerns if you have become dissatisfied or cancel any of our services. Of course your decision will not harm the quality of service provided, and we will honor your choice until you expressly tell us otherwise.

☐ I authorize XO, its affiliates, or its agents, to use billing and usage information related to my account to see if I would benefit from other telecommunications services offered by XO, its affiliates, or its agents, and market them to me.

## Service Address:

| | |
|---|---|
| Company Name: | |
| Service Address: | |
| City/State/Zip | |

| | |
|---|---|
| Customer Signature: X | _Change Jewell_ |
| Customer (Printed Name): | MIKE JEWELL |
| Title: | ADMINISTRATOR |
| Date Signed: | 6/1/05 |

My signature on this form authorizes XO to act as my agent for the purpose of ordering, changing and/or maintaining communication services, including but not limited to local exchange, intraLATA and/or interLATA telephone services. XO is also authorized to obtain billing information, customer service records and other network information required to provide my telephone service. I understand that I may consult with my new service provider as to whether a fee will apply to change my preferred carrier. I understand that I may designate only one primary interexchange carrier for any one telephone number for interLATA and where applicable intraLATA usage. Selection of XO will apply to the telephone number(s) listed on this form.
**THIS AUTHORIZATION REVOKES ANY PREVIOUS AUTHORIZATIONS REGARDING MY LOCAL, INTRALATA AND/OR INTERLATA TELEPHONE SERVICE AND SHALL REMAIN IN EFFECT UNTIL MODIFIED OR REVOKED IN WRITING.**

| | |
|---|---|
| Sales Rep Name: | Sales Office: |
| Sales Rep Telephone: | Sales Rep Fax: |

## LETTER OF AGENCY TABLE

| Telephone Number | Local Carrier | IntraLATA (Local Toll) | InterLATA (LD) Long Distance |
|---|---|---|---|
| (312) 782-4680 | | | |
| (312) 782-4485 | | | |
| (312) 580-7915 | | | |
| (312) 456-6152 | | | |

Page ___ of ___                                    Date: _____

Customer Signature: _____          Company Name: _____

## Tech Info. For
## XO Communications
### Miller Faucher and Cafferty LLP

*2 Rollover Fax*

*P.S.*

Client # of new Did's needed ___40 TOTAL___

Equipment Vendor Model of PBX (phone system) _NORTEL BCM 200_

*cost for Name*

Equipment Vendor Is PRI NI-1 or (Ni-2)..Custom or (National?) ___NATIONAL___ N12

Equip. Vendor DNIS... Is it 3 or (4 digit) outpulse or another outpulse 1-10 _____

*CLIENT NEEDS TO ANSWER*

Client/Vendor Demark and PBX room location _Telco Room on 32ND floor_

*CLIENT TO ANSWER*

Client/Vendor Will vendor extend demark or will carrier extend or is it a closed building? Riser Co. info. needed _____

*call Equity office 312 869-8600 (working on getting)*

Client Name to be outpulsed. (Outbound caller ID) _Miller Faucher_

_____

Client LNP numbers (#'s you want to keep & port to the PRI) _Main 312-782-4880    Fax (312) 782-4485_
_Anne 312-580-7915 (312) 456-6152 (Dom P.L.)_

Client Toll free numbers & ring to _____
Existing or New ___None___

Vendor Restrictions on DID digits __NO "9" OR "0" FOR LAST 4 DIGIT.__ 1ST # IN
EXAMPLE 312-555-_XXX
no "9" or "0"

*Client* Directory Listing (name & TN) __Same - As is Listed Now__
*Addtl Lawyers?*

**Requested due dates**
*Circuit Loop drop* July 7TH
*Turn up of Circuit* July 14TH
*Port of #'s* July 15TH

*Email & phone # for Contacts:*
*Vendor* Donna Justus  djustus@nortech.net (847) 879-4445
*Client* Anne Jewell  ajewell@millerfaucher.com (312) 782-4880
Agent: Cindy Kolek
630-960-1144
ckolek@x4communications.com

**EXHIBIT 2**



| Invoice Date | 05/27/14 |
|---|---|
| Account Number | 000001000000554 |
| Invoice Number | 0267705038 |
| Payment Due Date | 06/26/14 |
| Total Amount Due | $0.00 |
| Customer Care | 888.575.6398 |
| Pay Online | www.bc.xo.com |

8851 Sandy Parkway
Sandy, UT 84070

CAFFERTY, FAUCHER LLP
101 NORTH MAIN STREET
SUITE 565
ANN ARBOR MI 48104



*Introducing*
## XO WorkTime

Let your employees talk, video
chat and IM from anywhere...on
any device.

www.xo.com/GetWorkTime

## Account Summary

| | |
|---|---|
| Previous Balance | $786.69 |
| Payments | $786.69 |
| Net Balance | $0.00 |
| Adjustments | $0.00 |
| Current Charges | $816.87 |
| Total Amount Due | $0.00 |
| | |
| Billed to your Bank Account | $816.87 |

*Detach and mail this section with your check made payable to XO Communications for the amount due.*

---



| Invoice Date | 05/27/14 |
|---|---|
| Account Number | 000001000000554 |
| Invoice Number | 0267705038 |
| Payment Due Date | 06/26/14 |
| Total Amount Due | $0.00 |
| Amount Enclosed | |

CAFFERTY, FAUCHER LLP
101 NORTH MAIN STREET
SUITE 565
ANN ARBOR MI 48104

XO COMMUNICATIONS
14239 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Split Detail

Client ☑ _49.52_     Lit Fund ☐
Non-Client ☐ _767.35_     No Billing ☐
Added to Billing ☐   Paid ☑   _xfer_

000001000000554 27IL01 052714 062614 000008166



| | |
|---|---|
| Invoice Date | 05/27/14 |
| Account Number | 000001000000554 |
| Invoice Number | 0267705038 |
| Payment Due Date | 06/26/14 |
| Total Amount Due | $0.00 |
| Customer Care | 888.575.6398 |
| Pay Online | www.bc.xo.com |

## Service Quality Requirements

Local Exchange Service Quality Requirements: The law obligates all telecommunications carriers to provide installation and repair in a timely manner. Credits or other remedies may be available for delays in repair, installation or missed appointments.

## Manage Your Account Online and On the Go

Are you taking full advantage of the **XO Business Center**? Business Center (**bc.xo.com**) is a powerful self-service online portal that lets you manage your XO account whenever, wherever. You can view and pay your bills online, initiate trouble tickets and view their status, sign up for network outage and maintenance alerts - and more, all without having to call XO Customer Care.

**Mobile Business Center** (**mbc.xo.com**) lets you quickly create repair tickets, view ticket status, and make ticket updates (e.g., add notes, change access hours, or request closure) from most web-enabled mobile devices. You have to be an existing XO Business Center user to use the Mobile Business Center.

If you do not have a Business Center account, register today at *bc.xo.com*! Registration is easy and free.

## Payment Notice

You are responsible for the payment of all charges on your bill. Failure to pay any portion may result in collection action. In addition to collection action, non-payment of certain charges may result in the disconnection of your local service. Charges for which failure to pay cannot result in the disconnection of local service include informational services and pay-per-call services.

## Contract Renewal Information

**For XO Business Services Customers (Not Applicable to Carrier Services Customers)**

Your contract with XO will automatically renew at the end of your current service term for an identical term at the rates and charges set forth therein. (This does not apply to customers whose services are provided pursuant to a contract or applicable tariff that specifies otherwise). If you prefer not to have your contract automatically renew, you must place a request to disconnect your XO services by contacting either your XO Client Services Manager or XO Customer Care at the toll-free number shown on this invoice at least **45 days** prior to the expiration date of your agreement.

If you are a customer utilizing tariff services in Minnesota, New Jersey, Pennsylvania, or Washington, or a customer utilizing either tariff or non-tariff services in California, and you prefer not to have your contract automatically renew, you must place a request to disconnect your XO services by contacting either your

 communications

| | |
|---|---|
| Invoice Date | 05/27/14 |
| Account Number | 000001000000554 |
| Invoice Number | 0267705038 |
| Payment Due Date | 06/26/14 |
| Total Amount Due | $0.00 |
| Customer Care | 888.575.6398 |
| Pay Online | www.bc.xo.com |

## Contract Renewal Information　　Continued

XO Client Services Manager or XO Customer Care at the toll-free number shown on this invoice at least **30 days** prior to the expiration date of your agreement.

Please note that this is a courtesy reminder and does not change the service term specified in your contract with XO. If you take no action, your service contract will automatically renew. We value your business and hope you choose to remain our customer. Please contact XO Customer Care if you have any questions about when your contract term is due to expire.

Thank you for being a customer of XO Communications- we look forward to serving you now and in the future!

**For XO Carrier Services Customers**

Your contract with XO will automatically renew at the end of your current service term for an identical term at the rates and charges set forth therein. (This does not apply to customers whose services are provided pursuant to a contract or applicable tariff that specifies otherwise). If you prefer not to have your contract automatically renew, you must submit a request to discontinue your XO services at least **30 days** prior to the expiration date of your agreement by completing the online Carrier Customer Disconnect Form located at www.xo.com/care/carriers/disconnect/index.html.

Please note that this is a courtesy reminder and does not change the service term specified in your contract with XO. If you take no action, your service contract will automatically renew. We value your business and hope you choose to remain our customer.

Thank you for being a customer of XO Communications- we look forward to serving you now and in the future!

## Electronic Fund Transfer Available

XO is pleased to offer payment of your invoices via electronic funds transfer (EFT).

EFT is a hassle free option that can ensure timely posting of payments to your XO account to help avoid late fees.

Payments made by EFT and received before 2:00 p.m. Eastern time, will be applied to your account on that same business day.

The wiring instructions are below.

**Name:** XO Communications Services, LLC
**Bank:** Bank of America
**ABA (ACH):** 111000025
**ABA (WIRE):** 026009593
**Credit:** XO Communications Services, LLC
　　　　　　13865 Sunrise Valley Drive
　　　　　　Herndon, VA 20171
**Account:** 4770508572
**Your Account #:** Please provide
**International Wire SWIFT Code: BOFAUS3N**



## communications

| Account Name | CAFFERTY, FAUCHER LLP |
|---|---|
| Account Number | 0000010000000554 |
| Invoice Number | 0267705038 |
| Invoice Date | 05/27/14 |
| Total Amount Due | $0.00 |

## STATEMENT OF ACCOUNT: CAFFERTY, FAUCHER LLP

### Payments

| | | |
|---|---|---|
| **PREVIOUS BALANCE** | | **786.69** |
| Payment on | 05/16/14 | (786.69) |
| **BALANCE BEFORE NEW CHARGES:** | | .00 |

### Product Charges

| Product | FR Date | TO Date | Quantity | Each | Amount |
|---|---|---|---|---|---|
| **Voice** | | | | | |
| Basic Business Line 3 Yr | 05/27/14 | 06/26/14 | 1 | 9.99 | 9.99 |
| Block of 20 DID Numbers | 05/27/14 | 06/26/14 | 2 | 1.05 | 2.10 |
| PRI Standard 23B+D 3Y | 05/27/14 | 06/26/14 | 1 | 346.50 | 346.50 |
| **Total Voice** | | | | | 358.59 |
| **Total Product Charges** | | | | | 358.59 |

### Other Charges

| Other | Quantity | Each | Amount |
|---|---|---|---|
| Access Recovery | 1 | 50.20 | 50.20 |
| Administrative Service Charge | 1 | 7.50 | 7.50 |
| **Total Other** | | | 57.70 |
| **Total Other Charges** | | | 57.70 |

### Product Usage Charges

| | Calls | Minutes | Amount |
|---|---|---|---|
| Local Area | 138 | 408.7 | 6.35 |
| Local Over 8 Miles | 37 | 75.4 | 2.46 |
| Local Over 15 Miles | 15 | 19.4 | 0.94 |
| Intralata | 56 | 187.0 | 8.50 |
| **Long Distance** | | | |
| Intra-State Long Distance | 28 | 70.8 | 4.32 |
| Inter-State Long Distance | 157 | 1,718.7 | 136.56 |
| **Total Usage Charges** | | | 159.15 |

### Product Discounts

| | | |
|---|---|---|
| Term Disc. 1Y/Vol. | | (0.98) |
| **Total Product Discounts** | | (0.98) |

### Federal Surcharges and Taxes

| | | | | | |
|---|---|---|---|---|---|
| Federal Cost Recovery Fee | | | | | 1.33 |
| Federal Excise Tax | | | | | 13.28 |
| Federal Regulatory Fee | | | | | 5.68 |
| Federal Subscriber Line Charge | 05/27/14 | 06/26/14 | 1 | 4.49 | 4.49 |

### Federal Surcharges and Taxes

continued

| | | | | | |
|---|---|---|---|---|---|
| for Business Line Service | | | | | |
| Federal Subscriber Line Charge | 05/27/14 | 06/26/14 | 1 | 22.45 | 22.45 |
| for ISDN PRI Service | | | | | |
| Federal Universal Service Fund | | | | | 32.91 |
| Surcharge | | | | | |
| Long Distance Access Charge | 05/27/14 | 06/26/14 | 1 | 4.31 | 4.31 |
| for Business Line Service | | | | | |
| Long Distance Access Charge | 05/27/14 | 06/26/14 | 1 | 21.55 | 21.55 |
| for ISDN PRI Service | | | | | |
| Number Portability Charge for | 05/27/14 | 06/26/14 | 1 | 0.28 | 0.28 |
| Business Line Service | | | | | |
| Number Portability Charge for | 05/27/14 | 06/26/14 | 1 | 1.40 | 1.40 |
| ISDN PRI Service | | | | | |
| Property Tax Allotment Fee | | | | | 1.89 |
| **Total Federal Surcharges and Taxes** | | | | | 109.57 |

### State and Local Surcharges and Taxes

| | | | | | |
|---|---|---|---|---|---|
| 911 Chicago, IL | | | 13 | | 32.50 |
| IL Telecom Relay Service & Equipment | | | 13 | | 1.04 |
| Illinois Universal Service Fund Surcharge | | | | | 4.30 |
| PUC Tax | | | | | 0.46 |
| Telecom Excise Tax | | | | | 45.38 |
| Telecommunications Infrastructure Maintenance Fee | | | | | 3.24 |
| Utility Users Tax | | | | | 45.92 |
| **Total State and Local Surcharges and Taxes** | | | | | 132.84 |

### Summary

| | |
|---|---|
| **TOTAL CURRENT CHARGES** | **$816.87** |
| | |
| **TOTAL AMOUNT DUE:** | **$816.87** |

5 of 12

**Manage your account online: www.bc.xo.com**

**Contact Customer Care: 888.575.6398**



**communications**

| Account Name | CAFFERTY, FAUCHER LLP |
|---|---|
| Account Number | 00000100000554 |
| Invoice Number | 0267705038 |
| Invoice Date | 05/27/14 |
| Total Amount Due | $0.00 |

## Call Detail Report - Outbound
CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO
CALL FROM: (312)782-4880

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/14 | 08:43 AM | Northbrook | IL | (847)708-1616 | TD | 1.4 | 0.0700 |
| 04/28/14 | 10:33 AM | Northbrook | IL | (847)708-1616 | TD | 1.0 | 0.0500 |
| 04/28/14 | 11:47 AM | Kankakee | IL | (815)954-9013 | TD | 1.5 | 0.0700 |
| 04/28/14 | 03:09 PM | Kankakee | IL | (815)954-9013 | TD | 26.7 | 1.1800 |
| 04/29/14 | 09:06 AM | Northbrook | IL | (847)708-1616 | TD | 2.8 | 0.1300 |
| 04/29/14 | 03:42 PM | Kankakee | IL | (815)954-5497 | TD | 1.0 | 0.0500 |
| 04/30/14 | 10:26 AM | Kankakee | IL | (815)937-2400 | TD | 1.0 | 0.0500 |
| 04/30/14 | 12:48 PM | Northbrook | IL | (847)564-3093 | TD | 1.4 | 0.0700 |
| 04/30/14 | 04:27 PM | Kankakee | IL | (815)954-9013 | TD | 6.5 | 0.2900 |
| 05/01/14 | 10:05 AM | Kankakee | IL | (815)937-2400 | TD | 1.1 | 0.0500 |
| 05/01/14 | 10:08 AM | Kankakee | IL | (815)937-2400 | TD | 15.6 | 0.6900 |
| 05/01/14 | 02:11 PM | Kankakee | IL | (815)954-9013 | TD | 4.6 | 0.2100 |
| 05/01/14 | 03:14 PM | Waukegan | IL | (847)445-4582 | TD | 1.0 | 0.0500 |
| 05/05/14 | 09:24 AM | Northbrook | IL | (847)708-1616 | TD | 3.8 | 0.1700 |
| 05/05/14 | 11:31 AM | Deerfield | IL | (847)940-4663 | TD | 3.4 | 0.1500 |
| 05/05/14 | 12:15 PM | Kankakee | IL | (815)954-9013 | TD | 2.3 | 0.1100 |
| 05/05/14 | 12:29 PM | Northbrook | IL | (847)705-1616 | TD | 1.0 | 0.0500 |
| 05/05/14 | 12:30 PM | Mundelein | IL | (847)949-9390 | TD | 1.0 | 0.0500 |
| 05/05/14 | 02:41 PM | Northbrook | IL | (847)708-1616 | TD | 5.0 | 0.2200 |
| 05/06/14 | 10:55 AM | Kankakee | IL | (815)954-9013 | TD | 1.0 | 0.0500 |
| 05/07/14 | 09:04 AM | Mundelein | IL | (847)949-9390 | TD | 1.0 | 0.0500 |
| 05/07/14 | 01:58 PM | Deerfield | IL | (847)840-4663 | TD | 11.2 | 0.5000 |
| 05/07/14 | 02:17 PM | Kankakee | IL | (815)954-9013 | TD | 1.0 | 0.0500 |
| 05/07/14 | 03:46 PM | Mundelein | IL | (847)949-9390 | TD | 1.0 | 0.0500 |
| 05/07/14 | 03:55 PM | Aurora | IL | (630)701-5387 | TD | 1.0 | 0.0500 |
| 05/07/14 | 04:17 PM | Kankakee | IL | (815)954-5497 | TD | 1.1 | 0.0500 |
| 05/08/14 | 03:28 PM | Northbrook | IL | (847)708-1616 | TD | 1.0 | 0.0500 |
| 05/08/14 | 03:29 PM | Mundelein | IL | (847)949-9390 | TD | 2.9 | 0.1300 |
| 05/08/14 | 04:19 PM | Northbrook | IL | (847)564-3093 | TD | 5.7 | 0.2500 |
| 05/12/14 | 01:34 PM | Kankakee | IL | (815)954-9013 | TD | 3.9 | 0.1800 |
| 05/13/14 | 01:04 PM | Kankakee | IL | (815)954-9013 | TD | 1.0 | 0.0500 |
| 05/13/14 | 02:11 PM | Elgin | IL | (847)888-6800 | TD | 5.2 | 0.2300 |
| 05/13/14 | 09:13 AM | Northbrook | IL | (847)708-1616 | TD | 1.0 | 0.0500 |
| 05/14/14 | 09:14 AM | Mundelein | IL | (847)949-9390 | TD | 1.9 | 0.0900 |

## Call Detail Report - Outbound
CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO
CALL FROM: (312)782-4880

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/14/14 | 09:56 AM | Northbrook | IL | (847)708-1616 | TD | 1.0 | 0.0500 |
| 05/14/14 | 11:18 AM | Kankakee | IL | (815)954-9013 | TD | 1.0 | 0.0500 |
| 05/14/14 | 01:23 PM | Frankfort | IL | (779)216-0204 | TD | 7.3 | 0.3300 |
| 05/14/14 | 04:46 PM | Roselle | IL | (847)843-2400 | TD | 12.1 | 0.5400 |
| 05/15/14 | 10:33 AM | Joliet | IL | (815)685-2448 | TD | 1.1 | 0.0500 |
| 05/15/14 | 10:35 AM | Mokena | IL | (708)478-8400 | TD | 1.8 | 0.0800 |
| 05/15/14 | 10:38 AM | Frankfort | IL | (815)469-4125 | TD | 1.1 | 0.0500 |
| 05/16/14 | 11:36 AM | Kankakee | IL | (815)954-5497 | TD | 1.7 | 0.0800 |
| 05/16/14 | 01:31 PM | Kankakee | IL | (815)954-9013 | TD | 1.0 | 0.0500 |
| 05/16/14 | 04:03 PM | Kankakee | IL | (815)954-5497 | TD | 4.3 | 0.1900 |
| 05/19/14 | 04:46 PM | Kankakee | IL | (815)954-9013 | TD | 3.4 | 0.1500 |
| 05/19/14 | 09:58 AM | Northbrook | IL | (847)708-1616 | TD | 1.4 | 0.0700 |
| 05/19/14 | 01:58 PM | Kankakee | IL | (815)954-9013 | TD | 2.4 | 0.1100 |
| 05/20/14 | 09:36 AM | Northbrook | IL | (847)708-1616 | TD | 4.1 | 0.1800 |
| 05/20/14 | 12:18 PM | Kankakee | IL | (815)954-9013 | TD | 1.0 | 0.0500 |
| 05/20/14 | 12:37 PM | Kankakee | IL | (815)954-9013 | TD | 6.7 | 0.3000 |
| 05/20/14 | 02:19 PM | Roselle | IL | (847)843-2400 | TD | 1.0 | 0.0500 |
| 05/21/14 | 11:27 AM | Northbrook | IL | (847)708-1616 | TD | 3.0 | 0.1400 |
| 05/21/14 | 01:10 PM | Kankakee | IL | (815)954-9013 | TD | 1.0 | 0.0500 |
| 05/21/14 | 02:34 PM | Kankakee | IL | (815)954-5497 | TD | 1.0 | 0.0500 |
| 05/22/14 | 03:41 PM | Kankakee | IL | (815)954-9013 | TD | 6.1 | 0.2700 |
| 05/22/14 | 01:42 PM | Kankakee | IL | (815)954-9013 | TD | 1.5 | 0.0700 |

TOTAL FOR: (312)782-4880   ACCT. CODE: 1950,

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Intralata | 56 | 187.0 | 8.5? |
| Local Area | 138 | 408.7 | 6.33 |
| Local Over 15 Miles | 15 | 19.4 | 0.90 |
| Local Over 8 Miles | 37 | 75.4 | 2.48 |
| TOTAL | 246 | 690.5 | 18.20 |

CALL FROM: (312)782-4880   ACCT. CODE: 1950

| Date | Time | Call To | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|
| 05/06/14 | 09:31 AM | Washington DC | (202)624-2858 | RD | 13.6 | 1.0800 |

TOTAL FOR:
ACCT. CODE: 1950

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 1 | 13.6 | 1.08 |

continued...

Contact Customer Care: 888.575.6398

Manage your account online: www.bc.xo.com


XO communications

| Account Name | CAFFERTY, FAUCHER LLP |
|---|---|
| Account Number | 0000010000005564 |
| Invoice Number | 0267705038 |
| Invoice Date | 05/27/14 |
| Total Amount Due | $0.00 |

## Call Detail Report - Outbound    continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO

**CALL FROM: (312)782-4880  ACCT. CODE: 2158,**

|  |  |  | TOTAL |  | 1 | 13.6 | 1.08 |
|---|---|---|---|---|---|---|---|
| Date | Time | Call To | Number | Call Type | Minutes | Amount | |
| 05/07/14 | 01:00 PM | Phldphzn1 | (267)507-0240 | PA | 7.6 | 0.6100 | |

TOTAL FOR:

| ACCT. CODE: 2158 | Service | Calls | Minutes | Amount |
|---|---|---|---|---|
| | Inter-State Long Distance | 1 | 7.6 | 0.61 |
| | TOTAL | 1 | 7.6 | 0.61 |

**CALL FROM: (312)782-4880  ACCT. CODE: 2183,**

| Date | Time | Call To | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|
| 05/05/14 | 03:41 PM | Millvalley | (415)381-5599 | CA | 1.7 | 0.1400 |
| 05/05/14 | 04:07 PM | Millvalley | (415)381-5599 | CA | 9.3 | 0.7400 |
| 05/06/14 | 11:56 AM | Ardmore | (610)642-8800 | PA | 22.5 | 1.7900 |
| 05/19/14 | 02:48 PM | Millvalley | (415)381-5599 | CA | 1.0 | 0.0600 |

TOTAL FOR:

| ACCT. CODE: 2183 | Service | Calls | Minutes | Amount |
|---|---|---|---|---|
| | Inter-State Long Distance | 4 | 34.5 | 2.75 |
| | TOTAL | 4 | 34.5 | 2.75 |

**CALL FROM: (312)782-4880  ACCT. CODE: 2191,**

| Date | Time | Call To | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|
| 05/12/14 | 03:49 PM | Snfc Cntrl | (415)956-1000 | CA | 1.2 | 0.1000 |

TOTAL FOR:

| ACCT. CODE: 2191 | Service | Calls | Minutes | Amount |
|---|---|---|---|---|
| | Inter-State Long Distance | 1 | 1.2 | 0.10 |
| | TOTAL | 1 | 1.2 | 0.10 |

**CALL FROM: (312)782-4880  ACCT. CODE: 2196,**

| Date | Time | Call To | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|
| 05/13/14 | 11:56 AM | Ann Arbor | (734)769-2144 | MI | 4.9 | 0.3900 |

TOTAL FOR:

| ACCT. CODE: 2196 | Service | Calls | Minutes | Amount |
|---|---|---|---|---|
| | Inter-State Long Distance | 1 | 4.9 | 0.39 |
| | TOTAL | 1 | 4.9 | 0.39 |

**CALL FROM: (312)782-4880  ACCT. CODE: 2217,**

| Date | Time | Call To | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|
| 04/29/14 | 12:00 PM | Phldphzn1 | (267)507-0240 | PA | 48.7 | 3.8600 |
| 04/30/14 | 02:21 PM | Poway | (858)748-4222 | CA | 1.0 | 0.0800 |
| 04/30/14 | 02:23 PM | San Diego | (619)235-8913 | CA | 11.6 | 0.9200 |

## Call Detail Report - Outbound    continue

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO

**CALL FROM: (312)782-4880  ACCT. CODE: 2217,**

| Date | Time | Call To | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|
| 04/30/14 | 02:44 PM | Losangeles | (213)542-2120 | CA | 1.0 | 0.0800 |
| 04/30/14 | 03:13 PM | San Diego | (619)235-8913 | CA | 18.6 | 1.4800 |
| 04/30/14 | 03:59 PM | Omaha | (402)354-2174 | NE | 1.0 | 0.0800 |
| 04/30/14 | 04:22 PM | San Diego | (619)235-8913 | CA | 10.1 | 0.8000 |
| 04/30/14 | 04:33 PM | San Diego | (619)235-8913 | CA | 15.1 | 1.2000 |
| 05/05/14 | 10:26 AM | San Rafael | (415)457-1214 | CA | 1.0 | 0.0800 |
| 05/05/14 | 10:32 AM | San Rafael | (415)457-1214 | CA | 2.5 | 0.2000 |
| 05/05/14 | 10:40 AM | San Diego | (619)232-8846 | CA | 1.0 | 0.0800 |
| 05/05/14 | 10:50 AM | San Diego | (619)232-8846 | CA | 2.6 | 0.2100 |
| 05/05/14 | 12:57 PM | San Rafael | (415)457-1214 | CA | 2.2 | 0.1800 |
| 05/06/14 | 12:58 PM | Charles Cy | (641)715-3200 | IA | 11.8 | 0.9400 |
| 05/07/14 | 11:29 AM | New Haven | (203)432-3340 | CT | 11.2 | 0.8900 |
| 05/07/14 | 11:48 AM | Atlanta | (404)365-3328 | GA | 1.0 | 0.0800 |
| 05/07/14 | 04:27 PM | Omaha | (402)354-2174 | NE | 1.0 | 0.0800 |
| 05/07/14 | 04:34 PM | Poway | (858)748-4222 | CA | 1.0 | 0.0800 |
| 05/11/14 | 04:51 PM | Losangeles | (213)542-2120 | CA | 1.1 | 0.0900 |
| 05/12/14 | 11:19 AM | Washington | (202)833-5257 | DC | 1.0 | 0.0800 |
| 05/12/14 | 11:54 AM | Washington | (202)833-5257 | DC | 2.4 | 0.1900 |
| 05/13/14 | 12:35 PM | Poway | (858)748-4222 | CA | 1.8 | 0.1500 |
| 05/14/14 | 02:05 PM | Omaha | (402)354-2174 | NE | 1.0 | 0.0800 |
| 05/14/14 | 02:08 PM | Omaha | (402)354-2174 | NE | 1.0 | 0.0800 |
| 05/14/14 | 02:10 PM | Omaha | (402)354-2174 | NE | 1.3 | 0.1100 |
| 05/15/14 | 09:00 AM | Phldphzn1 | (267)507-0240 | PA | 81.2 | 6.4400 |
| 05/15/14 | 03:00 PM | Poway | (858)748-4222 | PA | 3.8 | 0.3000 |
| 05/20/14 | 02:31 PM | Miami | (305)979-3474 | FL | 1.0 | 0.0800 |
| 05/20/14 | 03:23 PM | San Diego | (619)235-8913 | CA | 14.0 | 1.1100 |
| 05/21/14 | 11:32 AM | Losangeles | (213)542-2120 | CA | 41.4 | 3.2800 |

TOTAL FOR:

| ACCT. CODE: 2217 | Service | Calls | Minutes | Amount |
|---|---|---|---|---|
| | Inter-State Long Distance | 30 | 293.4 | 23.31 |
| | TOTAL | 30 | 293.4 | 23.31 |

| Account Name | CAFFERTY, FAUCHER 'LLP |
| --- | --- |
| Account Number | 0000010000000554 |
| Invoice Number | 0267705038 |
| Invoice Date | 05/27/14 |
| Total Amount Due | $0.00 |



XO communications

# Call Detail Report - Outbound  *continued*

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO

CALL FROM: (312)782-4880  ACCT. CODE: 2281,

| Date | Time | Call To | | Number | Call Type | Calls | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 04/30/14 | 09:30 AM | New York | NY | (212)860-7408 | RD | | 3.7 | 0.3000 |
| **TOTAL FOR:** | | | | | | | | |
| ACCT. CODE: 2281 | | Service Inter-State Long Distance | | | | 1 | 3.7 | 0.30 |
| | | TOTAL | | | | 1 | 3.7 | 0.30 |

CALL FROM: (312)782-4880  ACCT. CODE: 2343,

| Date | Time | Call To | | Number | Call Type | Calls | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 04/30/14 | 02:09 PM | Newark | NJ | (973)776-7862 | RD | | 1.2 | 0.1000 |
| **TOTAL FOR:** | | | | | | | | |
| ACCT. CODE: 2343 | | Inter-State Long Distance | | | | 1 | 1.2 | 0.10 |
| | | TOTAL | | | | 1 | 1.2 | 0.10 |

CALL FROM: (312)782-4880  ACCT. CODE: 2356,

| Date | Time | Call To | | Number | Call Type | Calls | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/02/14 | 09:47 AM | Phildlphzn1 | PA | (267)507-0240 | RD | | 38.0 | 3.0100 |
| 05/02/14 | 12:59 PM | Losangeles | CA | (213)596-6000 | RD | | 20.2 | 1.6000 |
| 05/14/14 | 08:59 AM | Phildlphzn1 | PA | (267)507-0240 | RD | | 12.5 | 0.9900 |
| 05/14/14 | 09:12 AM | Phila | PA | (215)864-2800 | RD | | 1.0 | 0.0800 |
| 05/14/14 | 12:49 PM | Losangeles | CA | (213)894-2156 | RD | | 1.7 | 0.1400 |
| **TOTAL FOR:** | | | | | | | | |
| ACCT. CODE: 2356 | | Inter-State Long Distance | | | | 5 | 73.4 | 5.82 |
| | | TOTAL | | | | 5 | 73.4 | 5.82 |

CALL FROM: (312)782-4880  ACCT. CODE: 2367,

| Date | Time | Call To | | Number | Call Type | Calls | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 04/30/14 | 10:08 AM | Washington | DC | (202)540-7200 | RD | | 1.6 | 0.1300 |
| 05/05/14 | 11:23 AM | Snfc Cntrl | CA | (415)477-6704 | RD | | 5.9 | 0.4700 |
| 05/09/14 | 09:26 AM | Washington | DC | (202)540-7200 | RD | | 1.0 | 0.0800 |
| 05/09/14 | 10:16 AM | Washington | DC | (202)540-7200 | RD | | 3.0 | 0.2400 |
| **TOTAL FOR:** | | | | | | | | |
| ACCT. CODE: 2367 | | Inter-State Long Distance | | | | 4 | 11.5 | 0.92 |
| | | TOTAL | | | | 4 | 11.5 | 0.92 |

# Call Detail Report - Outbound  *continued*

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO

CALL FROM: (312)782-4880  ACCT. CODE: 2380,

| Date | Time | Call To | | Number | Call Type | Calls | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/13/14 | 09:03 AM | New York | NY | (212)805-0300 | RD | | 2.1 | 0.1700 |
| **TOTAL FOR:** | | | | | | | | |
| ACCT. CODE: 2380 | | Service Inter-State Long Distance | | | | 1 | 2.1 | 0.1 |
| | | TOTAL | | | | 1 | 2.1 | 0.1 |

CALL FROM: (312)782-4880  ACCT. CODE: 2456,

| Date | Time | Call To | | Number | Call Type | Calls | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/01/14 | 11:54 AM | Lake Park | IA | (712)432-1212 | RD | | 32.4 | 2.5700 |
| **TOTAL FOR:** | | | | | | | | |
| ACCT. CODE: 2456 | | Service Inter-State Long Distance | | | | 1 | 32.4 | 2.57 |
| | | TOTAL | | | | 1 | 32.4 | 2.57 |

CALL FROM: (312)782-4880  ACCT. CODE: 2635,

| Date | Time | Call To | | Number | Call Type | Calls | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/02/14 | 10:32 AM | Phldlphzn1 | PA | (267)507-0240 | RD | | 54.1 | 4.2900 |
| **TOTAL FOR:** | | | | | | | | |
| ACCT. CODE: 2635 | | Service Inter-State Long Distance | | | | 1 | 54.1 | 4.29 |
| | | TOTAL | | | | 1 | 54.1 | 4.29 |

CALL FROM: (312)782-4880  ACCT. CODE: 4993,

| Date | Time | Call To | | Number | Call Type | Calls | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/02/14 | 10:29 AM | Phldlphzn1 | PA | (267)507-0240 | RD | | 1.8 | 0.1500 |
| 05/06/14 | 01:43 PM | Phldlphzn1 | PA | (267)507-0240 | RD | | 89.3 | 7.0800 |
| **TOTAL FOR:** | | | | | | | | |
| ACCT. CODE: 4993 | | Service Inter-State Long Distance | | | | 2 | 91.1 | 7.2 |
| | | TOTAL | | | | 2 | 91.1 | 7.2 |

CALL FROM: (312)782-4880  ACCT. CODE: 8640,

| Date | Time | Call To | | Number | Call Type | Calls | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 04/28/14 | 08:57 AM | Phila | PA | (215)864-2801 | RD | | 9.0 | 0.7200 |
| 04/28/14 | 09:06 AM | Ann Arbor | MI | (734)769-2144 | RD | | 16.3 | 1.2900 |
| 04/28/14 | 09:28 AM | Ann Arbor | MI | (734)769-2144 | RD | | 27.4 | 2.1700 |
| 04/28/14 | 12:00 PM | Thawville | IL | (217)387-2357 | AD | | 19.4 | 1.1800 |
| 04/28/14 | 02:05 PM | Phila | PA | (215)864-2800 | RD | | 1.1 | 0.0900 |



**XO communications**

| Account Name | CAFFERTY, FAUCHER LLP |
|---|---|
| Account Number | 0000100000554 |
| Invoice Number | 0267705038 |
| Invoice Date | 05/27/14 |
| Total Amount Due | $0.00 |

## Call Detail Report - Outbound  continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO
CALL FROM: (312)782-4880   ACCT. CODE:   8640,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/14 | 02:46 PM | Paoli | PA | (610)251-5758 | RD | 1.0 | 0.0800 |
| 04/28/14 | 04:48 PM | Ftlauderdl | FL | (954)315-3454 | RD | 1.0 | 0.0800 |
| 04/28/14 | 04:50 PM | Poughkepsi | NY | (845)242-6444 | RD | 1.0 | 0.0800 |
| 04/29/14 | 11:04 AM | New York | NY | (212)545-4690 | RD | 11.1 | 0.8800 |
| 04/29/14 | 11:16 AM | New York | NY | (212)608-1900 | RD | 1.3 | 0.1100 |
| 04/29/14 | 11:17 AM | Wh Plains | NY | (914)262-6652 | RD | 1.0 | 0.0800 |
| 04/29/14 | 12:44 PM | New York | NY | (212)371-6600 | RD | 1.0 | 0.0800 |
| 04/29/14 | 01:25 PM | Wh Plains | NY | (914)227-5002 | RD | 1.0 | 0.0800 |
| 04/29/14 | 01:26 PM | Mamaroneck | NY | (914)777-9800 | RD | 1.0 | 0.0800 |
| 04/30/14 | 09:20 AM | Youngstown | OH | (330)965-0978 | RD | 6.5 | 0.5200 |
| 04/30/14 | 10:58 AM | Ann Arbor | MI | (734)769-2144 | RD | 1.2 | 0.0900 |
| 04/30/14 | 12:42 PM | Birmingham | AL | (205)313-1992 | RD | 4.9 | 0.3900 |
| 04/30/14 | 03:32 PM | Cleveland | OH | (216)767-1525 | RD | 9.4 | 0.7500 |
| 05/01/14 | 12:14 PM | Ann Arbor | MI | (734)769-2144 | RD | 23.8 | 1.8600 |
| 05/01/14 | 12:40 PM | Ann Arbor | MI | (734)769-2144 | RD | 4.7 | 0.3800 |
| 05/01/14 | 01:43 PM | New York | NY | (212)545-4690 | RD | 10.7 | 0.8500 |
| 05/02/14 | 10:16 AM | Phldlphzn1 | PA | (267)507-0240 | RD | 8.7 | 0.6900 |
| 05/02/14 | 10:25 AM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |
| 05/02/14 | 10:34 AM | Phldlphzn1 | PA | (267)507-0240 | RD | 52.1 | 4.1300 |
| 05/02/14 | 11:26 AM | Phila | PA | (215)776-0592 | RD | 32.6 | 2.5900 |
| 05/05/14 | 03:38 PM | Ardmore | PA | (610)645-4720 | RD | 1.0 | 0.0800 |
| 05/05/14 | 03:49 PM | Phila | PA | (215)776-0592 | RD | 15.8 | 1.2600 |
| 05/06/14 | 01:33 PM | Phldlphzn1 | PA | (267)507-0240 | RD | 8.9 | 0.7100 |
| 05/06/14 | 01:42 PM | Phldlphzn1 | PA | (267)507-0240 | RD | 90.0 | 7.1300 |
| 05/06/14 | 02:08 PM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |
| 05/06/14 | 03:50 PM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |
| 05/07/14 | 11:23 AM | Paoli | PA | (610)251-5758 | RD | 41.5 | 3.2900 |
| 05/07/14 | 03:55 PM | Ann Arbor | MI | (734)769-2144 | RD | 12.0 | 0.9500 |
| 05/08/14 | 10:38 AM | Phila | PA | (215)864-2800 | RD | 9.2 | 0.7300 |
| 05/08/14 | 03:19 PM | Millvalley | CA | (415)381-5599 | RD | 1.9 | 0.1500 |
| 05/08/14 | 04:26 PM | San Rafael | CA | (415)497-0050 | RD | 29.6 | 2.3500 |
| 05/08/14 | 04:56 PM | Phila | PA | (215)776-0592 | RD | 5.7 | 0.4600 |
| 05/13/14 | 11:30 AM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |
| 05/14/14 | 09:17 AM | Mamaroneck | NY | (914)777-9800 | RD | 14.0 | 1.1100 |

## Call Detail Report - Outbound  continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO
CALL FROM: (312)782-4880   ACCT. CODE:   8640,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/14/14 | 09:45 AM | Phila | PA | (215)864-2800 | RD | 24.2 | 1.9200 |
| 05/14/14 | 10:18 AM | Wentzville | MO | (636)497-6724 | RD | 2.5 | 0.2000 |
| 05/14/14 | 10:28 AM | Wentzville | MO | (636)497-6724 | RD | 22.3 | 1.7700 |
| 05/14/14 | 10:35 AM | Rockford | MI | (616)866-6351 | RD | 1.2 | 0.1000 |
| 05/14/14 | 10:36 AM | Rockford | MI | (616)866-6351 | RD | 1.0 | 0.0800 |
| 05/14/14 | 10:37 AM | Rockford | MI | (616)866-6351 | RD | 1.0 | 0.0800 |
| 05/14/14 | 01:47 PM | Mamaroneck | NY | (914)777-9800 | RD | 25.2 | 2.0000 |
| 05/14/14 | 03:37 PM | Cocoa | FL | (321)745-2532 | RD | 23.2 | 1.8400 |
| 05/15/14 | 10:23 AM | Ann Arbor | MI | (734)769-2144 | RD | 2.6 | 0.2100 |
| 05/15/14 | 01:32 PM | Phila | PA | (215)864-2800 | RD | 28.4 | 2.2500 |
| 05/16/14 | 01:35 PM | Phila | PA | (215)864-2801 | RD | 9.5 | 0.7600 |
| 05/16/14 | 08:56 AM | Phila | PA | (215)864-2800 | RD | 3.1 | 0.2500 |
| 05/16/14 | 09:56 AM | Phila | PA | (215)864-2800 | RD | 1.7 | 0.1400 |
| 05/16/14 | 10:05 AM | Phila | PA | (215)864-2800 | RD | 6.0 | 0.4800 |
| 05/16/14 | 10:48 AM | Mamaroneck | NY | (914)777-9800 | RD | 38.0 | 3.0100 |
| 05/16/14 | 12:53 PM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |
| 05/16/14 | 01:21 PM | Ann Arbor | MI | (734)769-2144 | RD | 1.0 | 0.0800 |
| 05/16/14 | 01:39 PM | Phila | PA | (215)864-2800 | RD | 2.8 | 0.2300 |
| 05/16/14 | 02:03 PM | Huron | OH | (419)602-1596 | RD | 5.8 | 0.4600 |
| 05/16/14 | 03:05 PM | W Angeles | CA | (310)597-4822 | RD | 3.0 | 0.2400 |
| 05/19/14 | 08:27 AM | Trooper | PA | (610)329-0839 | RD | 1.0 | 0.0800 |
| 05/19/14 | 11:43 AM | Phila | PA | (215)864-2800 | RD | 12.3 | 0.9800 |
| 05/19/14 | 03:11 PM | Paoli | PA | (610)407-7215 | RD | 1.0 | 0.0800 |
| 05/19/14 | 04:00 PM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |
| 05/19/14 | 05:00 PM | Madison | WI | (608)770-6468 | RD | 13.3 | 1.0600 |
| 05/20/14 | 09:31 AM | Ann Arbor | MI | (734)769-2144 | RD | 61.8 | 4.9000 |
| 05/20/14 | 11:56 AM | Phila | PA | (215)864-2800 | RD | 16.8 | 1.3300 |
| 05/20/14 | 12:26 PM | Thawville | IL | (217)387-2357 | AD | 9.2 | 0.5600 |
| 05/20/14 | 01:02 PM | Phila | PA | (215)864-2800 | RD | 19.3 | 1.5300 |
| 05/20/14 | 01:29 PM | Phila | PA | (215)764-9705 | RD | 1.0 | 0.0800 |
| 05/20/14 | 01:33 PM | Phila | PA | (215)764-9705 | RD | 1.0 | 0.0800 |
| 05/20/14 | 01:42 PM | Phila | PA | (215)764-9705 | RD | 16.3 | 1.2900 |
| 05/20/14 | 01:43 PM | Phila | PA | (215)864-2800 | RD | 15.7 | 1.2500 |
| 05/20/14 | 01:59 PM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |

**Contact Customer Care: 888.575.6398**

**Manage your account online: www.bc.xo.com**



XO communications

| Account Name | CAFFERTY, FAUCHER LLP |
|---|---|
| Account Number | 0000100000554 |
| Invoice Number | 0267705038 |
| Invoice Date | 05/27/14 |
| Total Amount Due | $0.00 |

## Call Detail Report - Outbound continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO
CALL FROM: (312)782-4880   ACCT. CODE: 8640,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/20/14 | 02:14 PM | Ann Arbor | MI | (734)769-2144 | RD | 29.8 | 2.3600 |
| 05/20/14 | 02:53 PM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |
| 05/21/14 | 09:35 AM | Phila | PA | (215)864-2800 | RD | 37.5 | 2.9700 |
| 05/21/14 | 11:08 AM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |
| 05/21/14 | 01:31 PM | Phila | PA | (215)864-2800 | RD | 38.7 | 3.0700 |
| 05/21/14 | 01:31 PM | Phila | PA | (215)764-9705 | RD | 38.0 | 3.0100 |
| 05/21/14 | 02:41 PM | Phila | PA | (215)864-2800 | RD | 8.1 | 0.6500 |
| 05/22/14 | 10:55 AM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |
| 05/22/14 | 10:59 AM | Millvalley | CA | (415)381-5699 | RD | 1.0 | 0.0800 |
| 05/22/14 | 11:00 AM | San Rafael | CA | (415)497-0050 | RD | 1.0 | 0.0800 |
| 05/22/14 | 01:24 PM | Mamaroneck | NY | (914)777-9801 | RD | 1.0 | 0.0800 |
| 05/22/14 | 01:25 PM | Mamaroneck | NY | (914)777-9800 | RD | 1.0 | 0.0800 |

TOTAL FOR:
ACCT. CODE: 8640

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 83 | 985.5 | 78.27 |
| Intra-State Long Distance | 2 | 28.6 | 1.74 |
| TOTAL | 85 | 1,014.1 | 80.01 |

CALL FROM: (312)782-4880   ACCT. CODE: 8666,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/01/14 | 11:00 AM | Paoli | PA | (610)251-5758 | RD | 35.7 | 2.8300 |

TOTAL FOR:
ACCT. CODE: 8666

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 1 | 35.7 | 2.83 |
| TOTAL | 1 | 35.7 | 2.83 |

CALL FROM: (312)782-4880   ACCT. CODE: 9999,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/14 | 12:30 PM | Hrculrode | CA | (510)799-9329 | RD | 1.0 | 0.0800 |
| 04/28/14 | 12:01 PM | Hrculrode | CA | (510)799-9329 | RD | 1.4 | 0.1100 |
| 04/30/14 | 10:52 AM | Phila | PA | (215)875-3069 | RD | 1.0 | 0.0800 |
| 04/30/14 | 03:36 PM | Hrculrode | CA | (510)799-9329 | RD | 2.1 | 0.1700 |
| 04/30/14 | 05:06 PM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/01/14 | 10:07 AM | Champauron | IL | (217)721-7748 | AD | 2.6 | 0.1600 |
| 05/01/14 | 10:39 AM | Colordosprg | CO | (719)559-3515 | RD | 7.5 | 0.6000 |
| 05/02/14 | 11:38 AM | Phila | PA | (215)776-0592 | RD | 1.0 | 0.0800 |

## Call Detail Report - Outbound continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO
CALL FROM: (312)782-4880   ACCT. CODE: 9999,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/05/14 | 09:30 AM | Phila | PA | (215)875-3025 | RD | 8.1 | 0.6500 |
| 05/05/14 | 11:50 AM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/05/14 | 12:48 PM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/06/14 | 09:30 AM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/06/14 | 12:46 PM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/06/14 | 04:53 PM | Champauron | IL | (217)721-7748 | RD | 1.0 | 0.0600 |
| 05/06/14 | 04:58 PM | Overlandpk | KS | (913)286-2300 | RD | 1.0 | 0.0800 |
| 05/06/14 | 05:01 PM | Champauron | IL | (217)721-7748 | RD | 1.0 | 0.0600 |
| 05/07/14 | 11:04 AM | Hrculrode | CA | (510)799-9329 | RD | 2.1 | 0.1700 |
| 05/07/14 | 02:26 PM | Champauron | IL | (217)721-7748 | AD | 2.1 | 0.1300 |
| 05/08/14 | 10:22 AM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/08/14 | 11:20 AM | Champauron | IL | (217)721-7748 | AD | 2.9 | 0.1800 |
| 05/08/14 | 01:51 PM | Phila | PA | (215)864-2800 | RD | 6.5 | 0.5200 |
| 05/08/14 | 01:58 PM | Champauron | IL | (217)721-7748 | AD | 4.1 | 0.2500 |
| 05/08/14 | 02:14 PM | Champauron | IL | (217)721-7748 | AD | 1.2 | 0.0800 |
| 05/09/14 | 11:58 AM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/09/14 | 01:30 PM | Phila | PA | (215)864-2800 | RD | 1.0 | 0.0800 |
| 05/09/14 | 01:34 PM | Champauron | IL | (217)721-7748 | AD | 4.8 | 0.2900 |
| 05/09/14 | 01:49 PM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/12/14 | 08:36 AM | Champauron | IL | (217)721-7748 | AD | 2.9 | 0.1800 |
| 05/12/14 | 08:58 AM | Phldlphzn1 | PA | (267)507-0240 | RD | 16.8 | 1.3500 |
| 05/12/14 | 11:00 AM | Champauron | IL | (217)721-7748 | RD | 3.4 | 0.2100 |
| 05/12/14 | 02:41 PM | Champauron | IL | (217)721-7748 | AD | 1.2 | 0.0800 |
| 05/12/14 | 05:05 PM | Champauron | IL | (217)721-7748 | RD | 1.0 | 0.0600 |
| 05/13/14 | 03:59 PM | Phila | PA | (215)864-2800 | RD | 6.6 | 0.5300 |
| 05/13/14 | 04:17 PM | Hrculrode | CA | (510)799-9329 | RD | 2.2 | 0.1800 |
| 05/14/14 | 12:52 PM | Phila | CA | (213)598-8500 | RD | 1.0 | 0.0800 |
| 05/14/14 | 04:26 PM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/15/14 | 08:19 AM | Losangeles | CA | (213)894-2156 | RD | 1.4 | 0.1100 |
| 05/15/14 | 04:45 PM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/19/14 | 04:11 PM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/19/14 | 05:18 PM | Champauron | IL | (217)721-7748 | RD | 1.0 | 0.0600 |
| 05/21/14 | 10:59 AM | Rivenhead | NY | (631)852-2000 | RD | 6.6 | 0.5300 |
| 05/21/14 | 11:23 AM | Rivenhead | NY | (631)852-2000 | RD | 1.5 | 0.1200 |

Manage your account online: www.bc.xo.com

Contact Customer Care: 888.575.6398

XO communications

| Account Name | CAFFERTY, FAUCHER LLP |
|---|---|
| Account Number | 0000100000554 |
| Invoice Number | 0267705038 |
| Invoice Date | 05/27/14 |
| Total Amount Due | $0.00 |

**Contact Customer Care: 888.575.6398**

## Call Detail Report - Outbound                    continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 30 N LA SALLE ST, CHICAGO

CALL FROM: (312)782-4880   ACCT. CODE:   9999,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/21/14 | 01:53 PM | Riverhead | NY | (631)852-2000 | RD | 4.0 | 0.3200 |
| 05/21/14 | 04:04 PM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |
| 05/22/14 | 11:35 AM | Champauron | IL | (217)721-7748 | AD | 1.0 | 0.0600 |

TOTAL FOR:
ACCT. CODE:      9999

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 19 | 72.8 | 5.82 |
| Intra-State Long Distance | 26 | 42.2 | 2.58 |
| TOTAL | 45 | 115.0 | 8.40 |

Call Type Legend:
AD - Intrastate DDD
LD - Local DDD
RD - Interstate DDD
TD - Intralata DDD

**Manage your account online: www.bc.xo.com**          11 of 12

| | |
|---|---|
| Account Name | CAFFERTY, FAUCHER LLP |
| Account Number | 0000100000554 |
| Invoice Number | 0267705038 |
| Invoice Date | 05/27/14 |
| Total Amount Due | $0.00 |

## XO communications

# Accounting Code Usage Report

| Non-Verified Accounting code | Calls | Minutes Local | Minutes Domestic | Minutes Int'l | Minutes Total | Usage Amount | Taxes | Total Amount |
|---|---|---|---|---|---|---|---|---|
| Non Account Codes | 246 | 503.5 | 187.0 | 0.0 | 690.5 | $18.27 | $2.69 | $20.96 |
| 1950 | 1 | 0.0 | 13.6 | 0.0 | 13.6 | $1.08 | $0.42 | $1.50 |
| 2158 | 1 | 0.0 | 7.6 | 0.0 | 7.6 | $0.61 | $0.24 | $0.85 |
| 2183 | 4 | 0.0 | 34.5 | 0.0 | 34.5 | $2.75 | $1.08 | $3.83 |
| 2191 | 1 | 0.0 | 1.2 | 0.0 | 1.2 | $0.10 | $0.04 | $0.14 |
| 2196 | 1 | 0.0 | 4.9 | 0.0 | 4.9 | $0.39 | $0.15 | $0.54 |
| 2217 | 30 | 0.0 | 283.4 | 0.0 | 283.4 | $23.31 | $9.16 | $32.47 |
| 2281 | 1 | 0.0 | 3.7 | 0.0 | 3.7 | $0.30 | $0.12 | $0.42 |
| 2343 | 1 | 0.0 | 1.2 | 0.0 | 1.2 | $0.10 | $0.04 | $0.14 |
| 2356 | 5 | 0.0 | 73.4 | 0.0 | 73.4 | $5.82 | $2.29 | $8.11 |
| 2367 | 4 | 0.0 | 11.5 | 0.0 | 11.5 | $0.92 | $0.36 | $1.28 |
| 2380 | 1 | 0.0 | 2.1 | 0.0 | 2.1 | $0.17 | $0.07 | $0.24 |
| 2456 | 1 | 0.0 | 32.4 | 0.0 | 32.4 | $2.57 | $1.01 | $3.58 |
| 2835 | 1 | 0.0 | 54.1 | 0.0 | 54.1 | $4.29 | $1.69 | $5.98 |
| 4983 | 2 | 0.0 | 91.1 | 0.0 | 91.1 | $7.23 | $2.84 | $10.07 |
| 8640 | 85 | 0.0 | 1,014.1 | 0.0 | 1,014.1 | $80.01 | $31.04 | $111.05 |
| 8666 | 1 | 0.0 | 35.7 | 0.0 | 35.7 | $2.83 | $1.11 | $3.94 |
| 9999 | 45 | 0.0 | 115.0 | 0.0 | 115.0 | $8.40 | $2.69 | $11.09 |
| TOTAL | 431 | 503.5 | 1,976.5 | 0.0 | 2,480.0 | $159.15 | $57.04 | $216.19 |
| GRAND TOTAL | 431 | 503.5 | 1,976.5 | 0.0 | 2,480.0 | $159.15 | $57.04 | $216.19 |

*Client 49.50*

Manage your account online: www.bc.xo.com

Contact Customer Care: 888.575.6398