ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Cafferty Clobes Meriwether & Sprengel, LLP** | ) | Case No. 16 C 2331 |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |

**XO Communications Services, Inc.**

        Defendant(s)

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $                    ,

        which ☐ includes                    pre–judgment interest.

        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other This action is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.

☐ tried by Judge                without a jury and the above decision was reached.

☒ decided by Judge Milton I. Shadur.

Date:  8/26/2016                Thomas G. Bruton, Clerk of Court

                                  /s/ Carol Wing,, Deputy Clerk